# EXHIBIT 1



**LDD / ALL**
**Transmittal Number: 31175035**
**Date Processed: 04/08/2025**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Sarah McIntosh<br>Robert Bosch LLC<br>38000 Hills Tech Dr<br>Farmington Hills, MI 48331-3417 |
| **Electronic copy provided to:** | Gina Gelement<br>Elizabeth Wilson |

| | |
|---|---|
| **Entity:** | Robert Bosch LLC<br>Entity ID Number  2209229 |
| **Entity Served:** | Robert Bosch, LLC |
| **Title of Action:** | Michael Gullbrants vs. Robert Bosch LLC |
| **Matter Name/ID:** | Michael Gullbrants vs. Robert Bosch LLC (17156089) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Product Liability |
| **Court/Agency:** | Plymouth County Superior Court, MA |
| **Case/Reference No:** | 2583 CV 00236 |
| **Jurisdiction Served:** | Massachusetts |
| **Date Served on CSC:** | 04/04/2025 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Farrell Lavin, PLLC<br>781-236-3620 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

| | DOCKET NO. | Massachusetts |
|---|---|---|
| **SUMMONS** | **2583 CV 00236** | **Trial Court** **Superior Court** |

| | |
|---|---|
| Michael Gullbrants, PLAINTIFF(S) v. Lowes Home Improvement and Robert Bosch LLC, DEFENDANT(S) | Robert S. Creedon, Jr.      CLERK OF COURTS Plymouth                         COUNTY |

**THIS SUMMONS IS DIRECTED TO** Robert Bosch LLC _____ (Defendant's name)

**You are being sued.** The Plaintiff(s) named above started a lawsuit against you. A copy of the Plaintiff(s)' Complaint filed against you is attached to the Summons, and the original Complaint has been filed in Plymouth _____ Superior Court.

<div align="center"><b>YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.</b></div>

1.  **You must respond to this lawsuit in writing within 20 days.**
    If you do not respond, the Court may decide the case against you and award the Plaintiff(s) everything requested in the Complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff(s). **If you need more time to respond, you may request an extension of time in writing from the Court.**

2.  **How to Respond.**
    To respond to this lawsuit, you must file a written response with the Court **and** mail a copy to the Plaintiff(s)' attorney, or the Plaintiff(s) if they are not represented by a lawyer. You can do this by:
    a)  Filing your **signed original** response with the Clerk's Office for Civil Business in Plymouth Superior Court, by mail, in-person, or electronically through the web portal **www.eFileMA.com** if the Complaint was e-filed through that portal; or
    b)  Delivering or mailing a copy of your response to the Plaintiff(s)' attorney, or the Plaintiff(s) if they are not represented by a lawyer, at the following address: _____
    Farrell Lavin, PLLC, 46 Railroad Ave, Suite 204, Duxbury, MA 02332

_____

_____

*A TRUE COPY ATTEST DAVID D. ... LES, PROCESS SERVER AND DISINTERESTED PERSON*

3. **What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the facts alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in Court. If you have any claims against the Plaintiff(s), called counterclaims, that are based on the same facts or events described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff(s) about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Court no more than 10 days after sending your Answer.

Another way to respond to a Complaint is by filing a "Motion to Dismiss" if you believe that the Complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Massachusetts Rules of Civil Procedure, Rule 12.** If you are filing a Motion to Dismiss, you must follow the filing rules for "Civil Motions in Superior Court," available at:

**www.mass.gov/law-library/massachusetts-superior-court-rules**

4. **Legal Assistance.**

You may wish to get legal help from a lawyer. If you cannot find or afford legal help, some basic information for self-represented litigants is available at: **www.mass.gov/courts/selfhelp.**

5. **Required Information on All Filings.**

The "DOCKET NO." appearing at the top of this Summons is the unique case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness: <u>Hon. Michael D. Ricciuti, Chief Justice</u>, on this date, _____. (Seal)

Clerk: _____

Note: The docket number assigned to the original Complaint by the Clerk should be stated on this Summons before it is served on the Defendant(s).

## PROOF OF SERVICE OF PROCESS

I certify that on this date, _____, I served a copy of this Summons, together with a copy of the Complaint, on the Defendant named in this Summons, in the following manner (See Rule 4(d)(1-5) of the Massachusetts Rules of Civil Procedure):

_____

_____

_____

_____

DATE: _____   Signature: _____

**TO PROCESS SERVER:**

**PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX – BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON DEFENDANTS.**

DATE: _____

| CIVIL ACTION COVER SHEET | DOCKET NUMBER | Massachusetts Trial Court Superior Court |
|---|---|---|

COUNTY Plymouth Superior Court (Plymouth)

| Plaintiff | Michael Gulibrants | Defendant: | Lowes Home Improvement |
|---|---|---|---|
| ADDRESS: | 8 Huntington Avenue Brockton MA 02301 | ADDRESS: | 135 West Gate Drive, Brockton, MA 02301 |

| Plaintiff Attorney: | Peter S. Farrell/Farrell Lavin PLLC | Defendant: | Robert Bosch LLC |
|---|---|---|---|
| ADDRESS: | 46 Railroad Avenue Suite 204 | ADDRESS: | 38000 Hills Tech Drive, Farmington Hills, MI 48331 |
| | Duxbury, MA 02332 | | |
| | (781) 236-3620 | | |
| BBO: | 656512 | | |

### TYPE OF ACTION AND TRACK DESIGNATION (see instructions section on next page)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B05 | Products Liability | A | ☒ YES   ☐ NO |

*If "Other" please describe:

Is there a claim under G.L. c. 93A?   ☒ YES  ☐ NO          Is there a class action under Mass. R. Civ. P. 23?   ☐ YES  ☐ NO

### STATEMENT OF DAMAGES REQUIRED BY G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. (Note to plaintiff: for this form, do not state double or treble damages; indicate single damages only.)

#### TORT CLAIMS

A. Documented medical expenses to date

| | |
|---|---|
| 1. Total hospital expenses | $3,491.67 |
| 2. Total doctor expenses | $1,494.00 |
| 3. Total chiropractic expenses | |
| 4. Total physical therapy expenses | |
| 5. Total other expenses (describe below) | |

Subtotal (1-5): $4,985.67

B. Documented lost wages and compensation to date                     $30,000.00
C. Documented property damages to date                                $1,000.00
D. Reasonably anticipated future medical and hospital expenses         $50,000.00
E. Reasonably anticipated lost wages                                   $75,000.00
F. Other documented items of damages (describe below)                  $200,000.00

permanent injury including nerve damage, total and partial disability, pain and suffering

TOTAL (A-F): $360,985.67

G. Briefly describe plaintiff's injury, including the nature and extent of the injury:

catastrophic and traumatic near amputation of thumb resulting in permanent nerve damage

#### CONTRACT CLAIMS

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).

| Item # | Detailed Description of Each Claim | Amount |
|---|---|---|
| 1. | | |
| | Total | |

Signature of Attorney/Self-Represented Plaintiff: X _____   Date: 3/12/25

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION UNDER S.J.C. RULE 1:18(5)

I hereby certify that I have complied with requirements of Rule 5 of Supreme Judicial Court Rule 1:18: Uniform Rules on Dispute Resolution, requiring that I inform my clients about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney: X _____   Date: 3/12/25

| CIVIL TRACKING ORDER (STANDING ORDER 1-88) | DOCKET NUMBER 2583CV00236 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: Gulibrants, Michael vs. Lowes Home Improvement et al | | Robert S. Creedon, Jr., Clerk of Courts Plymouth County |
| TO: Peter Stephen Farrell, Esq. Farrell Lavin PLLC 46 Railroad Ave  Suite 204 Duxbury, MA 02332 | | COURT NAME & ADDRESS Plymouth County Superior Court – Brockton 72 Belmont Street Brockton, MA 02301 |

## TRACKING ORDER - A - Average

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

### STAGES OF LITIGATION                                DEADLINE

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 06/10/2025 | |
| Response to the complaint filed (also see MRCP 12) | | 07/10/2025 | |
| All motions under MRCP 12, 19, and 20 | 07/10/2025 | 08/11/2025 | 09/08/2025 |
| All motions under MRCP 15 | 05/06/2026 | 06/05/2026 | 06/05/2026 |
| All discovery requests **and depositions** served and non-expert depositions completed | 03/02/2027 | | |
| All motions under MRCP 56 | 04/01/2027 | 05/03/2027 | |
| Final pre-trial conference held and/or firm trial date set | | | 08/30/2027 |
| Case shall be resolved and judgment shall issue by | | | 03/13/2028 |

**The final pre-trial deadline is not the scheduled date of the conference.** You will be notified of that date at a later time.

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to

| DATE ISSUED 03/14/2025 | ASSISTANT CLERK | PHONE (508)583-8250 |
|---|---|---|

| **CLERK'S NOTICE** | DOCKET NUMBER<br><br>**2583CV00236** | **Trial Court of Massachusetts**<br>**The Superior Court** |
|---|---|---|
| CASE NAME:<br>**Gullbrants, Michael vs. Lowes Home Improvement et al** | | Robert S. Creedon, Jr., Clerk of Courts<br>Plymouth County |
| TO:  Peter Stephen Farrell, Esq.<br>Farrell Lavin PLLC<br>46 Railroad Ave  Suite 204<br>Duxbury, MA 02332 | | COURT NAME & ADDRESS<br>Plymouth County Superior Court - Brockton<br>72 Belmont Street<br>Brockton, MA 02301 |

You are hereby notified that on 04/03/2025 the following entry was made on the above referenced docket:

**Endorsement on Motion for Appointment as Special Process Server and Order of Appointment (#4.0):**
**ALLOWED**

| DATE ISSUED<br><br>04/03/2025 | ASSOCIATE JUSTICE/ ASSISTANT CLERK<br><br>**Kevin Riordan** | SESSION PHONE#<br><br>**(508)583-8250** |
|---|---|---|

Date/Time Printed: 04-03-2025 14:13:41                                                                                       SCR016 02/2023

4/2/25

4

## COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, ss

SUPERIOR COURT
TRIAL COURT DEPARTMENT

**MICHAEL GULLBRANTS,**
*Plaintiff,*

v.

**ROBERT BOSCH, LLC and LOWES
HOME IMPROVEMENT,**
*Defendants.*

C.A. No.: 2583 CV 00236

FILED
COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT. OF THE TRIAL COURT
PLYMOUTH COUNTY

APR - 2 2025

Clerk of Court

## MOTION FOR APPOINTMENT AS SPECIAL PROCESS SERVER
## AND ORDER OF APPOINTMENT

In accordance with the provisions of Rule 4C of the Mass. R. Civ. P., the undersigned hereby moves this Honorable Court to issue an order appointing **David Ayles** and **QuickServ/Allstate**, or their designee, as process server in the above-entitled action.

The undersigned swears to the best of his knowledge and belief that the person to be appointed process server is a Constable and a qualified and knowledgeable person in the service of court process, is 18 years of age or over, and is not a party to this action.

Respectfully submitted,

MICHAEL GULLBRANTS,

By his attorney,

/s/ Peter S. Farrell

Peter S. Farrell, (BBO# 656512)
**Farrell Lavin PLLC**
46 Railroad Avenue, Suite 204
Duxbury, MA 02332
(781) 236-3620
pfarrell@farrelllavin.com

DATED: April 3, 2024

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, SS.                                          SUPERIOR COURT
                                                       C.A. No.:

---

| | |
|---|---|
| MICHAEL GULLBRANTS | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| ROBERT BOSCH LLC and | ) |
| LOWES HOME IMPROVEMENT | ) |
| Defendant. | ) |

---

## COMPLAINT AND JURY DEMAND

### PARTIES

1. The Plaintiff, Michael Gullbrants ("Michael") is an individual residing in Brockton, Massachusetts.

2. The Defendant, Robert Bosch LLC, ("Bosch") is a limited liability company with a usual place of business located at 38000 Hills Tech Drive, Farmington Hills, MI 48331. Bosch does business and sells products and merchandise in Massachusetts.

3. The Defendant, Lowes Home Improvement is located at 135 West Gate Drive, Brockton, MA and has its headquarters located at 1000 Lowes Boulevard, Mooresville, NC 28117.   Lowes does business and sells merchandise in Massachusetts.

### JURISDICTION AND VENUE

4. This Court has jurisdiction over this matter pursuant to G.L. c. 212, § 4, as the amount in controversy exceeds $50,000. The Superior Court has original jurisdiction over civil actions involving tort, contract, and real property disputes, as well as claims seeking equitable relief.

1

5. This Court has jurisdiction over the Defendants because it conducts business in Massachusetts and has sufficient minimum contacts with the Commonwealth to satisfy constitutional due process requirements.

6. Venue is proper in this Court pursuant to G.L. c. 223, § 1, because the Defendants reside, have a usual place of business, and/or conducts business in this county. If the Defendants are a corporation, venue is proper in the county where the corporation has a usual place of business.

7. Pursuant to G.L. 223, venue is also proper because a substantial part of the acts and omissions giving rise to the Plaintiff's claims occurred in this county. In cases involving tort claims, including product liability and negligence, venue is proper in the county where the Plaintiff resides or where the Defendants reside or do business.

8. In cases involving claims for breach of contract or warranty, venue is proper under G.L. c. 223, § 8, in the county where the Defendants reside or has a usual place of business, or in the county where the contract was made or performed if the Plaintiff resides in that county.

9. If the Defendants are nonresidents of Massachusetts, venue is proper in any county where the Defendants is found, in accordance with G.L. c. 223, § 1.

10. This Court's exercise of jurisdiction and venue over this matter is consistent with Massachusetts law and ensures the fair and efficient resolution of this dispute.

2

## FACTS COMMON TO ALL COUNTS

11. On or about December 14, 2021, Mr. Gullbrants purchased a Bosch table saw from the 135 West Gate Drive, Brockton, MA Lowe's Home Improvement ("Lowes") location.

12. The table saw was in the original manufacturer's packaging when purchased.

13. On the morning of March 15, 2022, Mr. Gullbrants was using the table saw in the manner and for the purpose it was intended.

14. The table saw did not have the appropriate safety guard to protect the user from coming into contact with the rotating saw blade and Mr. Gullbrants' left thumb came into contact with the exposed blade of the saw.

15. While using the table saw at home to craft charcuterie boards, Mr. Gullbrants' left thumb hit the exposed and unprotected blade of the defective table saw.

16. The blade caused catastrophic damage to Mr. Gullbrants' thumb on his dominant left hand, requiring emergency medical attention.

17. Mr. Gullbrants underwent emergency care in the Emergency Department at Good Samaritan Hospital because of the risk of losing his thumb and the nerve damage due to the injuries he sustained.

18. At the time Mr. Gullbrants purchased the saw, the table saw packaging and labeling provided no warning that it had been altered from its intended design to state that was both dangerous and hazardous to the average consumer.

19. As a retail seller of the table saw, Lowe's is liable for breach of the implied warranty of merchantability pursuant to G.L. c. 106 §2-314.

20. A seller breaches its warranty obligation when it sells a product that is defective and unreasonably dangerous for the ordinary purpose for which it is normally fit, and that defect causes injury.

21. Mr. Gullbrants was injured while using the table saw in a manner that was ordinary and reasonably foreseeable by Lowes.

22. Accordingly, liability is established and is otherwise reasonably clear.

23. Mr. Gullbrants' injuries can best be described as grotesque and deep lacerations, a bone fracture, and significant nerve damage.

3

24. Despite his course of treatment with specialists, including an orthopedic surgeon, Mr. Gullbrants has yet to regain full sensation with respect to his thumb that suffered a permanent and debilitating injury that impacts his livelihood as a woodworker.

25. Mr. Gullbrants' orthopedic specialist opined he has permanent nerve damage due to the severity of his injuries.

26. In fact, Dr. Fanuele at University Orthopedics opined that Mr. Gullbrants will likely always have some amount of decreased sensation in the ulnar nerve distribution given the severity of injury.

27. Due to the injury, Mr. Gullbrants experiences decreased sensation in his dominant left thumb and consistently experiences numbness and cold sensations.

28. Additionally, he is regularly confronted with an inability to use his thumb for basic tasks such as writing and crafting, which he used to enjoy.

29. As a retired veteran, woodworking became Mr. Gullbrants' passion and helped him make social connections and pass the time.

30. Mr. Gullbrants sold his charcuterie boards at craft festivals to stay active, provide himself with additional income, and enjoy the company of fellow woodworkers and craft enthusiasts.

31. It is unclear if he will ever be able to return to the life he had before this unfortunate accident.

32. All of the described losses to Mr. Gullbrants' everyday life, along with unknown future and long-term prognosis are the result of the injuries he sustained while using the defective product sold by Lowe's and manufactured by Botsch.

33. Plaintiff notified the Defendants of the defects in the goods and sent a demand letter dated May 8, 2023, through his counsel, which included allegations that the Defendants violated G.L. c. 93A.

34. The Defendants did not respond to the Plaintiff's demand within the time period required by statute.

4

## COUNT I - NEGLIGENCE

35. The Plaintiff repeats, reavers and repleads the allegations above as if fully set forth herein.

36. At all relevant times including on March 15, 2022, Plaintiff, Micheal Gullbrants was the injured by a defective Botsch table saw he purchased from the Lowes Home Improvement store located at 135 West Gate Drive, Brockton, MA .

37. At all relevant times including March 15, 2022 and the days leading up to it, Botsch failed to manufacture and Lowes failed to sell a safe table saw and one that was in a condition to do its intended job to prevent unreasonable danger to the consumer/operator.

38. The Defendants owed a duty of care to the Plaintiff to ensure the table saw was safe for its intended use.

39. Defendants breached said duty of care by selling a defective table saw.

40. As a direct and proximate result of the negligence of the Defendants, their employees, agents and for those whose actions each is responsible for, the Plaintiff has been caused to suffer and continues to suffer from the lack of the use and enjoyment of his hand, emotional distress, and monetary loss.  These losses are continuing in nature and Plaintiff will continue to suffer from said losses in the future.  He does not enjoy life as he did prior to the occurrence.

WHEREFORE, the Plaintiff demands judgment against the Defendants, jointly and severally, in a sum to be determined at trial.

## COUNT II
## BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY

41. The Plaintiff repeats, reavers and repleads the allegations above as if fully set forth herein.

42. The Defendants are merchants with respect to the sale of power hand tools.

43. On or about December 14, 2021, the Plaintiff purchased a Bosch table saw from the Lowe's Home Improvement store located at 135 West Gate Drive, Brockton, Massachusetts.

5

44. An implied warranty that the goods were merchantable arose by operation of law as part of the sale.

45. The Defendants breached the implied warranty of merchantability in that the goods were not in merchantable condition when sold or at any time thereafter and were not fit for the ordinary purposes for which such goods are used in that: the table saw did not have the appropriate safety guard to protect the user from coming into contact with the rotating saw blade.

46. As a result of breach of the implied warranty of merchantability, the Plaintiff suffered damages in the amount representing the difference between the value of the goods as delivered and the value they would have had if they had been as warranted.

47. The Defendant's breach also caused substantial damages including medical expenses, total and partial disability, lost income and loss of opportunity, pain and suffering and damages for permanent and disfiguring injury.

WHEREFORE, Plaintiff demands judgment against the Defendants, jointly and severally, in an amount to be determined at trial, plus costs and such other relief as the Court deems proper.

## COUNT III
## BREACH OF IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE

48. The Plaintiff repeats, reavers and repleads the allegations above as if fully set forth herein.

49. The Plaintiff purchased the goods for a particular purpose, to safely make, produce and craft cutting boards in his woodworking business in order to sell

50. Buyer informed Seller at the time of the sale of the particular purpose for which she required the goods and asked Seller to select and furnish suitable goods.

51. Buyer relied on Seller's skill and/or judgment to select or furnish suitable goods, and Seller knew or had reason to know that Plaintiff was so relying in making the purchase of the subject saw.

6

52. As a result of the circumstances of the sale, an implied warranty arose that the saw was fit for Buyer's purposes.

53. The subject saw was not fit for Buyer's purpose in that it was defective in that it lacked the appropriate guard over the blade that was intended to protect the user from getting cut by the blade.

54. Buyer notified Seller of the defects in the goods on May 28, 2023 which was a reasonable time after Buyer discovered the breach.

55. As a result of Seller's breach of the implied warranty of fitness for a particular purpose, Buyer has suffered damages.

56. Seller's breach also caused the following incidental and consequential damages to Buyer including physical and personal injuries, including permanent loss of use of his thumb, mental anguish, pain and suffering, loss of income, loss of opportunity and loss of enjoyment.

WHEREFORE, the Plaintiff prays for judgment against the Defendants as to Count III, jointly and severally, in an amount to be determined by a jury at trial.

## COUNT IV – UNFAIR AND DECEPTIVE ACTS AND PRACTICES AND VIOLATIONS OF G.L. c. 93A

57. The Plaintiff repeats, reavers and repleads the allegations above as if fully set forth herein.

58. On May 28, 2023, the Plaintiff sent a demand letter to the Defendants pursuant to G.L. c. 93A alleging unfair and deceptive acts and practices arising out of the sale of defective goods that were neither merchantable nor fit for a particular purpose. A true and accurate copy of said demand letter is attached hereto as Exhibit 1.

59. As part of the same demand letter, the Plaintiff included a full and complete account and assessment of his injuries caused by the Defendant's product that was sold and put into the stream of commerce by them.

60. At all times relevant, liability for the plaintiff's personal injuries was reasonably clear.

61. At all times relevant, liability for the defendant's breach of the implied warranty of merchantability and fitness for a particular purpose was reasonably clear.

62. At all times relevant, the Defendants had a statutory obligation to respond to the Plaintiff's demand letter in thirty (30) days with a reasonable offer of settlement.

63. The Defendants did not respond to the Plaintiff's demand letter.

64. Had the Defendants engaged in good faith settlement negotiations of the Plaintiff's claim, the Plaintiff would not have been forced to engage in litigation with the defendants at great cost, risk and expense to him.

65. The Defendant's failure to respond to the Plaintiff's demand letter pursuant to G.L. c. 93A §§2 and 9 is a separate and distinct fact that constitutes unfair and deceptive acts or practices on behalf of the Defendants.

66. As a result of the Defendants' unfair and deceptive acts and practices, the Plaintiff suffered and continues to suffer damages.

67. The unfair and deceptive acts and practices of the Defendants were both willful and knowing with a conscious disregard for the Plaintiff's injuries and demand for settlement.


WHEREFORE, the Plaintiff demands judgment as to Count IV of the complaint against the Defendants, jointly and severally, in an amount to be determined by the Court, in an amount up to double, but no more than treble the amount of damages to be determined by the Court after trial.


## DEMAND FOR JURY TRIAL

Plaintiff hereby makes demand for trial by jury on all issues so triable.

Respectfully submitted,

MICHAEL GULLBRANTS

By his attorney,

Peter S. Farrell (BBO: 656512)
Farrell Lavin, PLLC
46 Railroad Avenue, Suite 204
Duxbury, MA 02332
(781) 236-3620
pfarrell@farrelllavin.com

Date: March 12, 2025

EXHIBIT 1



Amber R. Cohen
Thomas J. Cleary
Peter S. Farrell
Kellie L. Sanders
———
Laura A. daRosa*
Christopher J. Leazott**
Peter G. Thomas

# COHEN|CLEARY
### A PROFESSIONAL CORPORATION

122 DEAN STREET
TAUNTON, MASSACHUSETTS 02780
QUINCY AND PLYMOUTH OFFICE BY APPOINTMENT ONLY
TELEPHONE: 508.880.6677 • FACSIMILE: 508.880.6679
WWW.COHENCLEARY.COM

Meg E. McEntee
Bryan T. Noonan***
Kolleen Reddington
Jake F. Rogers**
Kristin M. Smola
Matthew R. Stevens
Bryan J. Texiera

***Admitted into New Hampshire
**Admitted into Rhode Island
*Admitted into New York

May 8, 2023

**BY CERTIFIED MAIL**
**TRACKING NO.: 70221670000192281042**
Ross W. McCanless, Esquire
General Counsel
Lowes Home Improvement
1000 Lowe's Boulevard
Mooresville, NC 28117

**BY CERTIFIED MAIL**
**TRACKING NO.: 70221670000192281059**
Director, Corporate Communications
Robert Bosch LLC
38000 Hills Tech Drive
Farmington Hills, MI 48331

RE:     Notice of Claim for Products Liability and Personal Injuries
        Michael Gullbrants
        Location: 135 Westgate Drive, Brockton, Massachusetts
        DOL: 3/15/22

Dear Mr. McCanless:

        We represent Michael Gullbrants regarding his personal injuries due to a defective product sold to him by your retail company, Lowe's Home Improvement located in Brockton, Massachusetts.

        Please accept this as Mr. Gullbrants's demand for settlement regarding his significant and substantial personal injuries as well as formal notification that Mr. Gullbrants has nearly completed his course of treatment for injuries sustained as a direct result of the above-referenced incident. Mr. Gullbrants is, however, continuing to endure pain and suffering, partial disability, permanency, and loss of earning capacity due to the injury he sustained in the March 15, 2022 incident.

## I.     FACTUAL LOSS SCENARIO

        On or about December 14, 2021, Mr. Gullbrants purchased a Bosch table saw from the 135 West Gate Drive, Brockton, MA Lowe's Home Improvement ("Lowes") location. The table saw was in the original manufacturer's packaging when purchased. On the morning of March 15, 2022, Mr. Gullbrants was using the table saw in the manner and for the purpose it was intended. Unfortunately, the table saw did not have the appropriate safety guard to protect the user from

*Serving clients in our offices By Appointment in Bristol, Plymouth and Norfolk Counties.*

Ros W. McCanless
Director, Corporate Communications
DATE
2

coming into contact with the rotating saw blade and Mr. Gullbrandt's left thumb came into contact with the exposed blade of the saw. At the time Mr. Gullbrandt's purchased the saw, the table saw's packaging and labeling provided no warning that it had been altered from its intended design to state that was both dangerous and hazardous to the average consumer. As a retail seller of the table saw, Lowe's is liable for breach of the implied warranty of merchantability pursuant to G.L.A 106 §2-314. A seller breaches its warranty obligation when it sells a product that is defective and unreasonably dangerous for the ordinary purpose for which it is normally fit, and that defect causes injury. See Hagland v. Philip Morris Inc., 446 Mass. 741, 745 (2006). Mr. Gullbrants was injured while using the table saw in a manner that was ordinary and reasonably foreseeable by Lowes. Accordingly, liability is established and is otherwise reasonably clear.

## II.    NATURE, EXTENT, AND CAUSE OF MR. GULLBRANTS'S INJURIES

When Mr. Gullbrants purchased the Bosch table saw from Lowe's, he did so with a reasonable expectation of safety and due care owed to him in accordance with the standard of care of similarly situated retailers. As a big-box, national retailer of such products, Lowes is bound by all warranties, express or implied and is held the warranty provisions set forth in the Uniform Commercial Code, by Massachusetts statute, which in the case of breach of the implied warranty of merchantability is comparable to strict liability. Mr. Gullbrants had no reason to believe Lowes sold him a defective product. He purchased the defective table saw with the incorrect belief that its use and performance would be in line with the typical safety functions expected by an ordinary consumer. The table saw he purchased was defective and provided no warning of the defect which ultimately caused serious injury during the course of a foreseeable, normal use of the table saw.

While using the table saw at home to craft charcuterie boards, Mr. Gullbrants's left thumb hit the exposed and unprotected blade of the defective table saw. The blade caused catastrophic damage to Mr. Gullbrants' thumb on his dominant left hand, requiring emergency medical attention. Mr. Gullbrants underwent emergency care in the Emergency Department at Good Samaritan Hospital because of the risk of losing his thumb and the nerve damage due to the injuries he sustained. These injuries can best be described as grotesque and deep lacerations, a bone fracture, and significant nerve damage. Despite his course of treatment with specialists, including an orthopedic surgeon, Mr. Gullbrants has yet to regain full sensation with respect to his thumb that suffered a permanent and debilitating injury that impacts his livelihood as a woodworker. Mr. Gullbrants' orthopedic specialist opined he has permanent nerve damage due to the severity of his injuries. In fact, Dr. Fanuele at University Orthopedics opined that Mr. Gullbrants will likely always have some amount of decreased sensation in the ulnar nerve distribution given the severity of injury.

Due to the injury, Mr. Gullbrants experiences decreased sensation in his dominant left thumb, and consistently experiences numbness and cold sensations. Additionally, he is regularly confronted with an inability to use his thumb for basic tasks such as writing and crafting, which he used to enjoy. As a retired veteran, woodworking became Mr. Gullbrants's passion, and helped him make social connections and pass the time. Mr. Gullbrants sold his charcuterie boards at craft festivals to stay active, provide himself with additional income, and enjoy the company of fellow

Ros W. McCanless
Director, Corporate Communications
DATE
3

woodworkers and craft enthusiasts. It is unclear if he will ever be able to return to the life he had before this unfortunate accident.

All of the described losses to Mr. Gullbrants's everyday life, along with unknown future and long-term prognosis are the result of the injuries he sustained while using the defective product sold by Lowes and manufactured by Botsch.

## III.    **MEDICAL TREATMENT OF INJURIES**

On the morning of March 15, 2022, Mr. Gullbrants presented to the emergency department at Good Samaritan Hospital immediately following the table saw incident where he was seen by Dr. William LaPlant, MD. Dr. LaPlant noted a macerated laceration to the left thumb, including the nail bed, and a large, deep dermal avulsion along the volar aspect. Dr. LaPlant noted another 3cm liner deep laceration along the lateral aspect wrapping around to the distal nail bed with partial nail avulsion. Dr. LaPlant goes on to describe a complex laceration with bony involvement and requested a hand surgery evaluation. The laceration was described as stellate, irregular, and contaminated, and the wound was repaired using six sutures. Mr. Gullbrants maintained a pain level of 8 out of 10, with constant throbbing pain. At the emergency department, Mr. Gullbrants was given Tylenol and morphine to control the pain, and orthopedic specialist recommendations were made.

Following the evaluation by the emergency department, Mr. Gullbrants underwent an orthopedic exam with Dr. Allie Smith. Dr. Smith ordered an X-ray of Mr. Gullbrants left thumb which revealed a left thumb laceration with comminuted distal phalanx tuft fracture. Dr. Smith discussed concerns for skin viability and nerve viability for sensation with Mr. Gullbrants. Dr. Smith instructed that Mr. Gullbrants be discharged on March 16, 2022 with a follow up appointment to be scheduled with Dr. Jason Fanuele. Dr. Smith prescribed Mr. Gullbrants an oral course of antibiotics and instructed him to continue with adequate pain control measures, namely Oral Keflex, Motrin, Tylenol, and oxycodone for his severe pain.

On March 16, 2022, Mr. Gullbrants attended his first appointment with Dr. Jason Fanuele at University Orthopedics. Dr. Fanuele noted multiple significant jagged lacerations over the volar aspect of Mr. Gullbrants' left thumb with decreased sensation along the ulnar aspect. Dr. Fanuele ordered X-rays of Mr. Gullbrants' left thumb which revealed comminuted distal phalanx fracture. Dr. Fanuele discussed with Mr. Gullbrants the subject injury, the injury to the ulnar digital nerve, and the soft tissue injuries, along with surgical and nonsurgical options. Dr. Fanuele scheduled a two-week follow up appointment with instructions for a new set of X-rays. Dr. Fanuele instructed Mr. Gullbrants on wound care and further stated that without surgery, he would at risk of developing a neuroma as well as long-term numbness and tingling in the ulnar digital nerve distribution.

On March 18, 2022, Mr. Gullbrants attended his first follow-up appointment with Dr. Fanuele. Dr. Fanuele noted that Mr. Gullbrants had been taking Tylenol and ran out of oxycodone. Upon observation, Dr. Fanuele noted decreased sensation along the ulnar aspect of the left thumb. Dr. Fanuele discussed wound care with Mr. Gullbrants, with instructions to change his dressings

Ros W. McCanless
Director, Corporate Communications
DATE
4

twice a day to avoid it from sticking. His sutures were left intact. Dr. Fanuele further discussed the likelihood of healing and the possibility of a neuroma. Dr. Fanuele scheduled a two-week follow up appointment with instructions for a new set of X-rays. Dr. Fanuele provided Mr. Gullbrants with oxycodone.

On March 28, 2022, Mr. Gullbrants attended his second follow-up appointment with Dr. Fanuele. Upon observing Mr. Gullbrants' left thumb and ordering a new set of X-rays, Dr. Fanuele noted maintained alignment of comminuted distal phalanx fracture. Dr. Fanuele's assessment and plan consisted of removing the remainder of the sutures, discussing Mr. Gullbrants motion, sensation and the critical importance of wound care in regaining his motion. Dr. Fanuele informed Mr. Gullbrants that he likely will always have some amount of decreased sensation in the ulnar nerve distribution given the severity of this injury. Dr. Fanuele scheduled a one-month follow up appointment during with instructions for a new set of X-rays.

On April 25, 2022, Mr. Gullbrants attended his last follow-up appointment with Dr. Fanuele. Upon observing Mr. Gullbrants' left thumb, Dr. Fanuele noted decreased sensation to his thumb tip and the new set of X-rays revealed a maintained alignment of comminuted distal phalanx fracture. Dr. Fanuele determined that further appointments would be scheduled on an as-needed basis. Dr. Fanuele discussed the slow healing process and the possibility of sensory improvement.

## IV.    DAMAGES

Mr. Gullbrants suffered severe personal and permanent injuries and suffered significant damages as a result of the defective product sold to him. Please see below an itemized list of special damages, along with associated bills enclosed herein, that were incurred as a result of this incident:

| Medical | | |
|---|---|---|
| Provider | Date | Cost |
| Good Samaritan Medical Center | 3/15/2022 | $    3,491.67 |
| University Orthopedics | 3/16/2022 | $       330.00 |
| University Orthopedics | 3/18/2022 | $       226.00 |
| University Orthopedics | 3/28/2022 | $       498.00 |
| University Orthopedics | 4/25/2022 | $       440.00 |
| Total for Medical Expenses: | | $    4,985.67 |
| General Damages | | |
| Total Disability  $3000 | | |
| Patrial Disability (continuing)  $20,000 | | |
| Loss of earning capacity  $15,000 | | |
| Pain and Suffering  $150,000 | | |
| Total General Damages: 188,000 | | |
| Cost of Saw: | Date | Cost |
| Lowe's Home Improvement | 12/14/2021 | $       634.26 |

Ros W. McCanless
Director, Corporate Communications
DATE
5

| Total for Equipment: | $ | 634.26 |
|---|---|---|
| **GRAND TOTAL:** | $ | 193,619.93 |

## V.   **DEMAND**

As a result of your client's breach of implied warranty of merchantability, Mr. Gullbrants suffered significant, painful, and ongoing injuries, the lasting effects of which impact him to this day. He suffered a period of both total and partial disability in addition to substantial pain and suffering secondary to permanent nerve damage of the left thumb. He is entitled to compensation for his medical expenses, periods of total and partial disability, conscious pain and suffering, significant emotional trauma resulting from the accident, loss of use and enjoyment of his hand for woodworking, and loss of earning capacity. We ask that your client compensate Mr. Gullbrants in the amount of $350,000 for his significant personal injuries and damages. For your convenience, I am enclosing a summary of our verdicts and settlements research. This research reveals damage awards ranging from $38,000 to $1,500,000.

Kindly provide your written response to this demand within thirty (30) days of the date of this letter. Absent a full and complete settlement, it is our intention to follow through with legal proceedings which we are confident will result in a significant monetary award.

Should you have any questions, please feel free to contact me.

Very truly yours,
COHEN CLEARY, P.C.

Peter S. Farrell

PSF/km
Enclosures

## OSORIO v. ONE WORLD TECHNOLOGIES INC.; RYOBI TECHNOLOGIES INC.; HOME DEPOT USA INC.

1:06-CV-10725

SUMMARY

Outcome: Plaintiff Verdict

Total Verdict: $1,500,000

"A 25-year-old male alleged that he suffered multiple fractures to the fingers and thumb of his left hand, requiring surgery and resulting in permanent impairment, finger degloving, a near amputation of his pinky finger, requiring revascularization and nerve repair, and finger nerve damage when he lacerated his fingers while utilizing a table saw that was designed, manufactured, and sold by the defendants. The plaintiff contended that the defendants negligently designed, manufactured, and sold the table saw in a defective manner, failed to install a flesh detection device, failed to provide adequate safety guards, and failed to warn of the known defective and dangerous condition. The defendants denied liability and contended that the plaintiff failed to properly use the table saw."

## DACONCEICAO v. TRU-GRIT; BURR KING (2002)

1:98-cv-11320

PRIMARY INJURY: Finger Nerve Damage

Outcome: Plaintiff Verdict

Total Verdict: $200,000 (Pain and Suffering: $200,000)

"A 37-year-old male alleged that he suffered a severe laceration to his finger on his left hand that resulted in nerve and tendon damage when he utilized a knife, manufactured by the defendants. The plaintiff contended that the defendants failed to properly manufacture their products and failed to ensure that their product was safe for their intended use and purpose. The defendants denied liability and contended that the plaintiff assumed the risk."

Jun/17/2022 3:17:16 PM     ->5084272209                    2/6



Amber R. Cohen
Thomas J. Cleary
Peter S. Farrell
Kellie L. Sanders

Suzanne M. Hansel
Laura A. daRosa*
Eric B. Langfield
Christopher J. Leanott**
Peter O. Thomas



# COHEN | CLEARY

## A PROFESSIONAL CORPORATION
122 DEAN STREET
TAUNTON, MASSACHUSETTS 02780
QUINCY AND PLYMOUTH OFFICE BY APPOINTMENT ONLY
TELEPHONE 508.880.6677 • FACSIMILE 508.880.6679
WWW.COHENCLEARY.COM

Kevin C. Costa
Kolleen Reddington
Jake E. Rogers**
Makenzie Scott
Matthew R. Stevens

** Admitted into Rhode Island
* Medical into New York

June 17, 2022

ATTENTION: Correspondence Unit at Good Samaritan Medical Center
Good Samaritan Medical Center
235 N. Pearl Street
Brockton, MA 02301

**VIA FACSIMILE ONLY TO: 508.427.2209**

RE:    *Our Client/Your Patient: Michael Gullbrants*
       *Social Security No.:*      *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*
       *Date of Birth:*            *12/19/1957*
       *Date of Injury:*           *March 15, 2022*
       *Dates of Service Requested: March 15, 2022 – Present*

Dear Sir/Madam,

Our office represents Mr. Michael Gullbrants with regard to injuries he suffered as the result of an incident on March 15, 2022. At this time, we request that you provide us with a copy, certified pursuant to *Massachusetts General Laws Chapter 233 §79G*, of Mr. Gullbrants's medical records for services rendered from March 15, 2022 through the present date.

Attached is an authorization for release of medical information signed by Mr. Gullbrants. Please contact our office with any charge(s) related to this request.

If you have any questions regarding this letter or its enclosure please contact our office at the number listed above. Thank you for your prompt attention to this matter.

Very truly yours,
COHEN CLEARY, P.C.

By:    *Tyler Mills*
       Tyler Mills

PSF/tmm
Enclosures: as stated

Serving clients in one office by Appointment in Bristol, Plymouth and Norfolk Counties.

**LEBLANC v. ROSSEAU**

1581CV05617

PRIMARY INJURY: General Nerve: Finger

Animal-Related: Hand: Bite(s) to One Area of Body; Laceration: Hand

"dog bite lacerations to his left hand, nerve damage to the left thumb, and scarring"

Compensatory Pain & Suffering: $59,876

Total Compensatory Award: $59,876

---

**SANTIAGO v. RIMA INC; HARRIS CORP**

94-723

PRIMARY INJURY: Hand Nerve Damage

"injuries to his left thumb, including nerve, skeletal, muscular and tissue damage when he was working on a machine stacker which lacked a safety guard"

Outcome: Settlement

Non Verdict Award: $38,000

Total Verdict: $38,000

---

**SOLIMENE v. B. GRAVEL & CO.**

No. 78-5248 1/ /85

TYPE OF INJURY: NEUROLOGICAL INJURIES : Nerve damage to arm

"35-year-old machine operator who suffered nerve damage to his arm which was caught in an inadequately guarded pinch point of a motorized marking machine."

Verdict: $ 275,000



**MRO**
**1000 Madison Avenue**
**Suite 100**
**Norristown, PA 19403**
**Ph: (610) 994-7500 Opt. 1**

# Medical Records Transmittal

Date:              6/27/2022
Request Number:    58058582
Page Count:        58

### Your requested medical records are attached.

Patient Name:      MICHAEL GULLBRANTS
Medical Facility:  Good Samaritan Medical Center
Requester:         Tyler Mills
Organization:      Cohen Cleary, P.C.

Your reference number:

---

***INFORMATION ON THIS CD MAY BE PASSWORD PROTECTED***
Please note that the information on this CD may be password protected. If you are asked for a password, please enter the patient's date of birth in the format MMDDYYYY.

---

Thank you,
*MRO*
*MROcorp.com*

GOOD SAMARITAN MEDICAL CENTER
235 N. PEARL STREET
BROCKTON, MA 02301
Tel: (508) 427-3183
Fax: (508) 427-2209

CERTIFICATION OF HOSPITAL'S REPORTS
Pursuant to M.G.L. c.233, s.79G

06/22/22

COHEN CLEARY
12 DEAN STREET

TAUNTON, Massachusetts 02780

RE: Gullbrants, Michael F
DOB: 12/19/1957

Dear COHEN CLEARY

To Whom it May Concern:

1.  I am an authorized custodian of medical records for Good Samaritan Medical Center.

2.  The attached record is a true copy of the above-named patient of said Medical Center for visit date(s) of _____ 9/15/22 _____

3.  That the attached record is comprised of _____ 58 _____ pages.

4.  That said record was made in the regular course of business of said Medical Center and that it was the regular course of such business to make such record at or near the time of the occurrence of events recorded therein.

Signed under the pains and penalties of perjury.

Release of Information Specialist
Health Information Services Department

**Good Samaritan Medical Center**

## Authorization to Use and/or Disclose Protected Health Information

☐ Request Completed by _____ (staff initial)        Medical Record #: _____

I hereby authorize GOOD SAMARITAN MEDICAL CENTER to use and/or disclose the Protected Health Information specified below from my medical records.

| 1) PATIENT NAME: Please Print | Michael Gullbrants | | Date of Birth | 12/19/1957 |
|---|---|---|---|---|
| Address: | 8 Huntington Avenue Brockton MA 02301 | | | |
| | Street | City | State | Zip |
| Contact Telephone Number(s): | 508-880-6677 | | | |

| 2) INFORMATION TO BE DISCLOSED TO: | | |
|---|---|---|
| Cohen Cleary, PC, - Peter S. Farrell | Fax # | 508-880-6879 |
| Person or Facility Name: (Please print) | Phone # | 508-880-6677 |
| 122 Dean Street          Taunton          MA 02780 | | |
| Address   (Please print)   City   State   Zip | | |

3) Treatment Dates:  From  March 15, 2022  To  Present

4) SPECIFIC RECORDS/REPORTS(S) TO BE RELEASED:

☑ Admission History and Physical      ☑ Imaging CD Images (Specify CT, X-Ray, MRI)      ☐ Rehab Services (PT, OT, Speech)
☑ Discharge Summary                  ☐ Imaging Films (Specify CT, X-Ray, MRI)         ☐ Other (be specific)
☑ Emergency Room                     ☑ Imaging Reports (Specify CT, X-Ray, MRI)
☑ EKG Reports                        ☑ Pathology Reports
☑ Laboratory Results                 ☑ Operative Notes

5) RESTRICTED RELEASES: We will not disclose the following documentation unless you check the box and provide an additional signature.

| Release | Signature | Release | Signature |
|---|---|---|---|
| ☑ Mental/Behavioral Health Provider Documentation* | MG | ☑ Genetic Testing/Test Results** | MG |
| ☑ HIV/AIDS Screening Test Results | MG | ☑ Alcohol*** and/or ☐ Substance Abuse Treatment** | MG |
| ☑ Confidential Communications with a Social Worker | MG | ☑ Child/Elder Abuse and Neglect | MG |
| ☑ Rape/Sexual Assault Victim's Counseling | MG | ☑ Domestic Violence Victim's Counseling | MG |
| ☑ Sexually Transmitted Disease | MG | | |

\* This authorization is not valid for use or disclosure of psychotherapy notes.
\*\* The term "genetic tests" means only those tests which determine your future chances of developing a disease, not tests done to diagnose a current condition or problem.
\*\*\* Only applicable to records that are created by an individual or entity who holds itself out as providing alcohol or drug abuse diagnosis, treatment or referral for treatment." (42 CFR Part 2)  Does not include records created or maintained by a general medical facility.

**IMPORTANT: THIS AUTHORIZATION IS NOT VALID UNLESS ALL ENTRIES ARE COMPLETED AND FORM IS SIGNED ON PAGE 2**
**PAGE 1 OF 2**

Jun/17/2022 3:17:16 PM ->5084272209 4/6

GOOD SAMARITAN MEDICAL CENTER
Authorization to Use and/or Disclose Protected Health Information

6) EXCLUSION REQUEST:
I request that the following admission(s)/visit(s) be specifically excluded from this request: ________________ (specify dates of service)

7) PURPOSE OF THE DISCLOSURE:
☐ Medical Care ☒ Legal ☐ Insurance ☒ Personal ☐ Other ________

8) TERM: This Authorization will remain in effect for one year or:
☒ Until GOOD SAMARITAN MEDICAL CENTER fulfills this request.
☐ From the date of this Authorization until the ________ day of ________ 20__.
☐ Until the following event occurs: ________
☐ Other: ________

9) REVOCATION: I understand that I may revoke this Authorization at any time by requesting it of GOOD SAMARITAN MEDICAL CENTER in writing at the address listed below. The revocation will be effective immediately upon GOOD SAMARITAN MEDICAL CENTER receipt of my written notice. I understand that the revocation will not have any effect on any action taken by GOOD SAMARITAN MEDICAL CENTER reliance on this Authorization before it received my written notice of revocation.

GOOD SAMARITAN MEDICAL CENTER
235 North Pearl Street
Brockton, Massachusetts
02301

10) EFFECT ON TREATMENT: I understand that I may refuse to sign this Authorization for any reason and that such refusal will not affect the commencement, continuation or quality of my treatment at GOOD SAMARITAN MEDICAL CENTER.

11) POTENTIAL FOR REDISCLOSURE: I understand that the person receiving my Protected Health Information may not be required to comply with federal and state privacy laws, and my Protected Health Information may no longer be protected by the applicable state and federal law once it is disclosed by GOOD SAMARITAN MEDICAL CENTER.

12) ACCESS: I understand that in certain circumstances GOOD SAMARITAN MEDICAL CENTER has the right to deny me access to all or portions of my Protected Health Information. GOOD SAMARITAN MEDICAL CENTER will notify me in writing of any such denials.

I have read and understand the terms of this Authorization and I have had an opportunity to ask questions about the use and/or disclosure of my health information. By my signature below, I hereby, knowingly and voluntarily, authorize GOOD SAMARITAN MEDICAL CENTER to use and/or disclose my health information in the manner described above.

13) Michael Gullbrants (signature) June 16,2022
Signature of Patient Date

Michael Gullbrants
Printed Name of Patient Witness

For Office Use:
☐ I.D. Verification ________

If the patient is a minor or is otherwise unable to sign this Authorization, obtain the following signatures:

14) ________ ________
Signature of Personal Representative Date

________ 15) ________
Printed name of Patient Representative Relationship to patient or authority to act for patient

Questions about the release should be directed to the Medical Records Department by contacting 508-427-3000.
For Office Use:
☐ Copy of this authorization provided to the patient
☐ Copy of this authorization provided to the personal representative
Form revised 02/2010

IMPORTANT: THIS AUTHORIZATION IS NOT VALID UNLESS ALL ENTRIES ARE COMPLETED AND FORM IS SIGNED ON PAGE 2.
Page 2 of 2

# HITECH RECORDS REQUEST/AUTHORIZATION

RE:  Patient Name: _____
Date of Birth: _____

Dear Records Custodian:

I am entitled to:  Good Samaritan Medical Center

I request copies of all of my medical records covering the following time period:

FROM: _____ March 15, 2022 _____  TO: _____ Present Day _____

Please provide all records in electronic format only.

Please send the electronic records to me, through my attorney, at the below address:

Peter S. Farrell
Colom Cleary, PC
121 Dean Street
Taunton, MA 02780

I am not requesting paper copies. Rather, pursuant to the Health Information Technology for Economic and Clinical Health Act (HITECH Act), 42 U.S.C.A. § 17935(e)(1), and its implementing regulations, 45 CFR 164.524(c)(3)(ii), I am requesting in an electronic format, a copy of my entire medical records from March 15, 2022 to the Present Day. However, if for some convenient for you to send the electronic copy of my entire medical record (if the entire record extends period in excess of time years), please know I will accept the entire record – provided that this does not result in a higher cost to me than if you sent to me only the set of records which I have identified above.

Further, please note that the HITECH Act requires you to provide the requested records within thirty (30) days of receiving this request. 45 CFR 164.524(b)(2).

If any of the records are available only as paper copies, and have never been made into an electronic format, please identify each such record. Pursuant to the HITECH Act, your entity may only charge a fee that "shall not be greater than the entity's labor costs in responding to the request for the copy." 42 U.S.C.A. §17935(e)(3). Moreover, the HITECH Act preempts any contrary provisions of state law regarding your health care providers (our charge a person for making copies of paper medical records. If the fee you need to charge will exceed $25.00 (Twenty-five Dollars), please contact me c/o my attorney immediately at 508-880-6677.

To reiterate, the HITECH Act and its regulations do not allow you to bill for paper copies when an electronic copy has been requested. Please understand that I do not hesitate to file complaints with the Department of Health and Human Services (HHS) if healthcare providers violate the law by improperly applying the paper medical records copying charge rate for electronic records and/or fail to provide the requested records within the required timeframe.

I authorize you and any vendor you use to communicate directly with me, regarding all issues related to this request, including authorization of the cost-based charges and the time frame for providing the records to me. To that end, I am also requesting that any invoices be sent to TMills@coheneleary.com.

Please know that your cooperation, effort, and time are appreciated. Of course, if you have any questions about this letter, or any aspect of this matter, please do not hesitate to contact my attorney at the email address or telephone number above.

Very Truly Yours,

Michael Gullbrants

Date: June 16, 2022

Jun/17/2022 3:17:16 PM    ->5084272209                          1/6

# Fax Transmission

Cohen Cleary, P.C.

Date:  6/17/2022 2:49 PM 2:49 PM
Subject:
Total pages:  6

To:        508-427-2209                    From:   Tyler Mills
Company:                                   Phone:  337
Phone:     508-427-2209                    Fax:
Fax:

## Message:

CC Payment Receipt

Transaction Status:                        **Approved**

Transaction Date and Time:                 **6/27/2022 10:09:02 AM**

Transaction Reference No.:                 **3558030**

Approval Code:                             **0003388958**

Order Number:                              **58058582**

Charge Amount:                             **$80.99**

Credit Card Number:                        **XXXXXXXXXXXX9096**

Credit Card Holder:                        **Amber R. Cohen**

# ADMISSION REGISTRATION RECORD

Gullbrants,Michael F
8 HUNNINGTON AVE

Brockton, MA 02301
HM PH: CELL:(508)958-9784
WK PH:
SSN: XXX-XX-9859

GM0066457235
ER
12/19/1957 64Y M M
UNK
English English
Catholic
GS0017307S
ED GS
WH
Nancy
VIP:

Retired

Gullbrants, Michelle
54 Michael Dr
Brockton, MA 02301
SA

SP

Gullbrants, Michael
8 HUNNINGTON AVE

Brockton, MA 02301
HM PH:
Guarantor DOB: 12/19/1957

Gullbrants, Michelle
54 Michael Dr

Brockton, MA 02301
DA

PRIMARY INSURANCE

Self Pay

Blanchette, Brian

R/S Physician, E

03/15/22 09:14
Inj Lt Thumb
CGSYE002
SP

WI

A-03/15/2022-CGSEDPC185

## ADMISSION REGISTRATION RECORD

| PATIENT NAME/ADDRESS | ACCOUNT NUMBER | | UNIT NO / MED. REC. NO |
|---|---|---|---|
| Gullbrants,Michael F | GM0066457235 | | GS00173075 |
| 8 HUNNINGTON AVE | ADM TYPE | DISCHARGE | SERVICE | LOCATION | ADM SOURCE |
| | ER | | | ED.GS | |
| Brockton, MA  02301 | DATE OF BIRTH | AGE | SEX | MARITAL | RACE |
| HM PH:         CELL:(508)958-9784 | 12/19/1957 | 64Y | M | M | WH |
| WK PH: | PLACE OF BIRTH | | MAIDEN/OR-BY NAME | | |
| SSN: XXX-XX-9859 | UNK | | Nancy | | |
| EMPLOYER/OCCUPATION-EMPLOYER | | PRIMARY LANGUAGE | PREFERRED LANGUAGE | | |
| | | English | English | | |
| Retired | | RELIGION | AFFILIATION | | STATUS: |
| | | Catholic | | | VIP: |
| | | Person In Facility | | | RELATIONSHIP |
| | | Gullbrants, Michelle | | | DA |
| | | 54 Michael Dr | | | |
| | | Brockton, MA  02301 | | | |
| GUARANTOR ADDRESS | RELATIONSHIP | | | | |
| | SP | | | | |
| Gullbrants, Michael | NEXT OF KIN | | | | RELATIONSHIP |
| 8 HUNNINGTON AVE | Gullbrants, Michelle | | | | DA |
| | 54 Michael Dr | | | | |
| Brockton, MA 02301 | | | | | |
| HM PH: | Brockton, MA  02301 | | | | |
| Guarantor DOB: 12/19/1957 | | | | | |

| PRIMARY INSURANCE | | | | |
|---|---|---|---|---|
| INSURANCE CO | PL SOURCE 1 | POLICY NO | GROUP NO |
| Self Pay | | | |
| INS 1 ADD 1 | INS 1 ADD 2 | CITY, STATE, ZIP | PRIMARY INS PHONE NO |
| | | | |

| | | | |
|---|---|---|---|
| INSURANCE CO | PL SOURCE 2 | POLICY NO | GROUP NO |
| | | | |
| INS 2 ADD 1 | INS 2 ADD 2 | CITY, STATE, ZIP | 2ND INS PHONE NO |
| | | | |

| | | | |
|---|---|---|---|
| INSURANCE CO | PL SOURCE 3 | POLICY NO | GROUP NO |
| | | | |
| INS 3 ADD 1 | INS 3 ADD 2 | CITY, STATE, ZIP | 3RD INS PHONE NO |
| | | | |

| P H Y S I C I A N | PRIMARY CARE P-PYS | | PATIENT TO EMPLOYMENT |
|---|---|---|---|
| | Blanchette, Brian | | ACCIDENT INFORMATION - ACCIDENT DATE - ACCIDENT TIME - DRIVER |
| | ATTENDING PHYS | P I C T U R E | AUTO OWNER |
| | ADMITTING PHYS | | INSURANCE CO |
| | ER PHYS | | |
| | E/R Physician,B | | |

| A D M I N I S T E R | ADMIT DATE & TIME | | PRE-CERTIFICATION DATE/NUMBER | DISCHARGE DATE/TIME |
|---|---|---|---|---|
| | 03/15/22 09:14 | | | |
| | ADMIT REASON | | SIGNED-IN BY | |
| | Inj Lt Thumb | | | |
| | USER ADMIT CLERK | | ARRIVAL MODE | ADMG WILL |
| | CGSYEO02 | | WI | |
| | FINANCIAL CLASS | | ADVANCE DIRECTIVE | ADMG WILL |
| | SP | | | |
| | ISOLATION | | DISCLOSE ALERT | |

MED REC

A-03/15/2022-CGSEDPC185

REV 4/07

MRN #:      Account #: 

## Good Samaritan Medical Center
A STEWARD FAMILY HOSPITAL

235 North Pearl St.
Brockton MA 02301

| | |
|---|---|
| **PT Name:** | Gullbrants, Michael F |
| **MRN #:** | GS00173075 |
| **Account #:** | GM0066457235 |
| **PHY Name:** | , |
| **Adm Svc Date:** | 03/15/22 |
| **DOB:** | 12/19/1957 |

### NOTICE OF PRIVACY RIGHTS & PRACTICES

**THIS NOTICE DESCRIBES HOW MEDICAL INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED
AND HOW YOU CAN GET ACCESS TO THIS INFORMATION.**

**PLEASE REVIEW IT CAREFULLY.**

We create records of the health care and services you receive from us and we are committed to protecting that medical information. We are required by law to protect the privacy of any medical information that identifies you; provide you with this notice describing our legal duties and privacy practices with respect to your medical information; and to follow the terms of the most current Steward privacy notice.

**1. Who Will Follow This Notice**
This notice describes the privacy practices of Steward Health Care System LLC ("Steward") and applies to all of its affiliates (including former IASIS entities) and affiliated health care providers, including their employees, students and volunteers. Covered Entities and individuals are collectively referred to as "we" or "us" in this notice. We work in a coordinated fashion with other providers who participate in other Steward entities.

**2. How We Use and Disclose Your Medical Information Without Your Written Permission**
We use and disclose your medical information to conduct many activities that are common in patient care facilities. In certain situations, which are described below in Section 3, we are required to obtain your written permission to use or disclose your medical information. The following are different situations in which we may use or disclose your medical information without your written permission.

- **Treatment:** We use and disclose your medical information to provide, coordinate or manage your medical treatment and related services. For example, a physician will use your test results to diagnose and treat your injury or illness. We may share medical information with providers outside Steward such as a referring physician who is treating you.
- **Payment:** We use and disclose your medical information so that we can obtain payment for health care services that we provide to you. For example, we may provide information about your treatment to your insurer or other company or program that arranges or pays for your health care, in order to obtain their prior approval and authorization for the treatment.
- **Health Care Operations:** We use and disclose your medical information to support our efforts to improve the quality or cost of care and for our own management and planning. For example, we may use your medical information to measure the performance of our staff in how they care for you. We may also share your medical information with our business associates with whom we have contracted to provide services, such as a billing company or medical transcription service.
- **Other Health Care Providers:** We may also share medical information with your doctor and other health care providers who are not part of Steward when they need it to provide Treatment to you, to obtain Payment for the care they give to you, to perform certain Health Care Operations, such as reviewing the quality and skill of health care professionals, or to review their actions in following the law.
- **Use or Disclosure for Directory Purposes for Patients in Steward Hospitals:** We may include your name, location in the hospital, general health condition and religious affiliation in a patient directory without receiving your permission unless you tell us you do not want your information in the directory. Information in the directory may be shared with anyone who asks for you by name or with members of the clergy; however, religious affiliation will only be shared with members of the clergy.
- **Disclosure to Family, Friends and Other Caregivers:** We may share your medical information with a family member, a close personal friend, or another person who you identify if we (1) first provide you with the chance to object to the disclosure and you do not object; (2) infer that you do not object to the disclosure; or (3) obtain your agreement to share your medical information with these individuals. The medical information we share will be limited to the information necessary for that person's involvement with your care or payment for your health care. We may also use or share your medical information with an organization, such as the American Red Cross, assisting in a disaster relief effort, to notify (or assist in notifying) your family about your location and general condition. In the event you are deceased, and unless we know that you would object, we may share your medical information with a family member or a close personal friend that was involved with your care or payment for your health care. The medical information we share will be limited to the information necessary for that person's involvement with your care or payment for your health care.

continued on page 2



NOTICE OF PRIVACY RIGHTS & PRACTICES
SHC_NOPP_46001 02/2022 Page 1 of 3 Original Medical Record

MRN #: |||||||||||||||||||||||||||    Account #: |||||||||||||||||||||||||||

## Good Samaritan Medical Center

A STEWARD FAMILY HOSPITAL

235 North Pearl St.
Brockton MA 02301

PT Name:    Gullbrants, Michael F
MRN #:      GS00173075
Account #:  GM0066457235
PHY Name:   ,
Adm Svc Date: 03/15/22
DOB:        12/19/1957

X - 03/15/2022 - CORRECCIÁS

### NOTICE OF PRIVACY RIGHTS & PRACTICES

*continued from page 1*

- **Public Health Activities:** We are required or are permitted by law to report medical information to certain government agencies and others. For example, we may disclose your medical information for the following:
  - To report health information to public health authorities for the purpose of preventing or controlling disease, injury, or disability;
  - To report abuse and neglect to government authorities or social agencies that are legally permitted to receive the reports;
  - To report information about products and services to the U.S. Food and Drug Administration;
  - To alert a person who may have been exposed to a communicable disease or may otherwise be at risk of developing or spreading a disease or condition;
  - To report information to your employer as required under laws addressing work-related illnesses and injuries or workplace medical surveillance; and
  - To prevent or lessen a serious and imminent threat to a person for the public's health or safety, or to certain government agencies with special functions such as the State Department.
- **Health Oversight Activities:** We may disclose your medical information to local, state or federal authorities that are responsible for the oversight of health care related matters, such as agencies administering Medicare and Medicaid.
- **Judicial and Administrative Proceedings:** We may disclose your medical information in the course of a judicial or administrative proceeding in response to a legal order or other lawful process, to the extent the disclosure is authorized by a court, tribunal, or, in certain circumstances, to a subpoena, discovery request or other lawful process.
- **Law Enforcement Purposes:** We may disclose your medical information to the police or other law enforcement officials as required or permitted by law as part of law enforcement activities and investigations.
- **Decedents:** We may disclose your medical information to a coroner or medical examiner as authorized by law, and we may disclose medical information to funeral directors so they may carry out their obligations.
- **Organ and Tissue Procurement:** We may disclose your medical information with organizations that facilitate organ, eye, or tissue procurement, banking, or transplantation.
- **Military and Veterans:** If you are in the U.S. or foreign armed services, or a veteran, we may disclose your medical information as required by the proper military authority so that they may carry out their lawful duties.
- **National Security:** We may disclose your medical information to the appropriate federal officials for the protection of the President, to other authorized persons, to conduct special investigations or for intelligence, counter-intelligence and other national security purposes.
- **Inmates:** If you are an inmate in a correctional facility or in the custody of a law enforcement official, we may disclose your medical information to the correctional facility or law enforcement officer so that they may carry out their lawful duties.
- **Research:** We may use or share your medical information if the group that oversees our research, the Institutional Review Board/ Privacy Board, approves a waiver of permission (authorization) for disclosure or for a researcher to begin the research process.
- **Workers' Compensation:** We may disclose your medical information as permitted by or required by state law relating to workers' compensation or other similar programs.
- **As Required by Law:** We may use and disclose your medical information when required to do so by federal, state or local law.

### 3. Uses and Disclosures Requiring Your Written Permission (Authorization):

We are required to obtain your written permission to use or disclose your medical information for the following reasons. You may revoke an authorization at any time, in writing, except to the extent that we have acted in reliance on it.

- **Use or Disclosure with Your Permission (Authorization):** For any purpose other than the ones described in Section 2, we may only use or share your medical information when you grant us your written permission (Authorization).
- **Marketing and Sale of Your Medical Information:** We must also obtain your Authorization prior to using or disclosing your medical information to send you any marketing materials. However, we may communicate with you about products or services related to your Treatment, case management or care coordination, or alternative treatments, therapies, health care providers, or care settings without your permission. In addition, we are prohibited from selling your medical information without your written authorization to do so.
- **Uses and Disclosures of Your Highly Confidential Information:** Federal and state law may require special privacy protections for any portion of your medical information that is considered "highly confidential information", including, to the extent applicable, records regarding: (1) psychotherapy notes; (2) mental health and developmental disabilities services; (3) alcohol and drug treatment; (4) HIV/AIDS testing; (5) sexually transmitted disease(s); (6) genetic testing; (7) child abuse and neglect; (8) abuse of an adult with a disability; (9) sexual assault; or (10) invitro fertilization (IVF). Before sharing your Highly Confidential Information for a purpose other than as permitted by law, we must obtain your written permission.

*continued on page 3*

|||||||||||||||||||||||||||||||
*   R E G . N O P P   *

NOTICE OF PRIVACY RIGHTS & PRACTICES
SHC_NOPP_46001  02/2022  Page 2 of 3  Original Medical Record

MRN #: |||||||||||||||||||||||||||||||||||    Account #: |||||||||||||||||||||||||||||||||||

## Good Samaritan Medical Center
A STEWARD FAMILY HOSPITAL

235 Main Pearl St.
Brockton MA 02301

| | |
|---|---|
| PT Name: | Gullbrants, Michael F |
| MRN #: | GS00173075 |
| Account #: | GM0066457235 |
| PHY Name: | , |
| Adm Svc Date: | 03/15/22 |
| DOB: | 12/19/1957 |

### NOTICE OF PRIVACY RIGHTS & PRACTICES

*continued from page 2*

**4. How Long We Keep Your Medical Information**
Steward maintains medical records for the period of time required by law. Copies of applicable record retention policies are available upon request.

**5. Your Rights Regarding Your Medical Information**
With respect to the medical information maintained by Steward, you have the right:

- To see and get a copy of your medical information that is used to make decisions about your care and treatment, including your medical and billing records. Under certain circumstances, we may deny your request. If we do so, we will send you a written notice describing the basis of our denial. Requests must be made in writing. We may charge a reasonable fee for copying, mailing or other expenses associated with processing a request. If your medical information is maintained electronically, you may request a copy of the information in an electronic format.
- To request a change or amendment to your medical information. Requests for an amendment must be made in writing and provide a reason to support the requested amendment. We may deny your request under certain circumstances. If we deny your request, we will send you a written notice of denial. This notice will describe the reason for our denial and your right to submit a written statement disagreeing with the denial.
- To receive an accounting of disclosures of your medical information. Requests for an accounting must be made in writing. An accounting will only include disclosures made during the time period indicated on the request, but may not exceed a period of six years.
- To request that we restrict or limit our use or disclosure of your medical information. We are generally not required to agree to your request, however we will consider them. We must, however, agree to your request to restrict the disclosure of your medical information to a health plan if the medical information pertains solely to a health care item or service for which you or a person other than a health plan has paid for in full at time of service. Please note that in certain cases, other law may not permit us to agree to a requested restriction.
- To receive confidential communications at a phone number or address other than your home. We will accommodate your request if your request is reasonable and you specify an alternative means or location.
- To receive notice if we discover a breach of your unsecured medical information and notification is required by law.
- To receive a paper copy of this notice, upon request, even if you have agreed to receive it electronically.
- To revoke an authorization at any time, in writing, except to the extent that we have acted in reliance on the authorization.

**6. Effective Date and Changes to this Notice**
This notice takes effect June 01, 2021. We reserve the right to change this notice and our privacy practices, policies and procedures and to make the new notice, practices, policies and procedures effective for all medical information we already have as well as any we create or receive in the future. If we make any changes to the notice, we will publish the revised notice on the Steward website at www.steward.org and post it in common areas in our patient care facilities.

**7. Questions and Complaints**
Please contact the Office of Corporate Compliance & Privacy to request a copy of this notice, to obtain help understanding this notice or to obtain more information. You may also contact a Privacy Officer if you are concerned that your privacy rights have been violated or if you disagree with a decision that was made about access to your medical information. A Privacy Officer can be reached by phone at 1-617-419-4732, or in writing at Privacy Officer, Steward Health Care System, 1900 N. Pearl Street, Suite 2400, Dallas, TX 75201.
Written complaints may also be filed with the Office for Civil Rights, U.S. Department of Health and Human Services. Filing a complaint will not affect the treatment or services you receive from us.



| | | | | |
|---|---|---|---|---|
| Signature (Patient or Patient's Legal Representative) | Date / | Time | Printed Name of Legal Representative | |
| Relationship to Patient if Other Than Patient | Legal Guardian | Spouse/Sig Other | Other | |

03/16/2022 08:17

**REG. NOPP**

NOTICE OF PRIVACY RIGHTS & PRACTICES
SHC_NOPP_46001 02/2022 Page 3 of 3 Original Medical Record

MRN #:                     Account #: 

## Good Samaritan Medical Center
A STEWARD FAMILY HOSPITAL

235 North Pearl St.
Brockton, MA 02301

PT Name:       **Gullbrants, Michael F**
MRN #:         **GS00173075**
Account #:     **GM0066457235**
PHY Name:
Adm Svc Date:  **03/15/22**
DOB:           **12/19/1957**

---

### GENERAL CONSENT FOR TREATMENT

---

**AUTHORIZATION FOR TREATMENT:**
I voluntarily consent to the rendering of medical care, treatment and diagnosis, including such diagnostic, therapeutic or medical procedures to be performed by my attending physician, his or her designee, or assistants as is necessary in his or her judgment, or by personnel in the outpatient or emergency department of the hospital.

I understand that medical diagnosis and treatment may involve substantial risk. I understand that absent emergency or extraordinary circumstances, major therapeutic and diagnostic procedures will not be performed on me unless or until I have had the opportunity to discuss such procedures and the risks associated therewith to my satisfaction with my physician or other health care professional and I have consented to such procedure. I understand that the practice of medicine is not an exact science and I acknowledge that no guarantee has been made to me promising any specific result or outcome from any diagnostic or therapeutic treatment performed on me at the hospital.

I understand that the clinicians on the staff at this hospital and involved in my care, which include my attending and consulting physician(s) and persons directly employed by my physician(s) ( such as physician assistants and nurse practitioners), are independent contractors and not employees or agents of the hospital. I understand that these clinicians make independent decisions in treating me based on my condition and their knowledge and assessment of my medical needs, and not at the direction or control of the hospital. I understand and acknowledge that the hospital is not responsible for the judgment or conduct of any of these clinicians. I understand that my consent to treatment at this hospital is not affected in any way by the employment status of any clinician involved in my care.

Further, I understand and agree that medical, nursing and other health care personnel in training may participate in my care and treatment as part of their education and training unless I request otherwise.

I understand that I have the right to refuse or withhold my consent to any proposed diagnostic or therapeutic procedure. I have been afforded the opportunity to set forth below any limitations to the general consent I have granted herein:

_____

_____

_____

**USE AND RELEASE OF INFORMATION:**
I understand that the hospital will keep records that contain my medical, personal, and other information related to my diagnosis, care, and treatment in electronic, paper, and other forms. I understand that the hospital may release any information about me, my health, the health services provided to me, or payment for my health services, that may be necessary: (1) for my treatment (to other health care providers or facilities that need the information for my continued care); (2) for any purposes related to payment by me or a third party for services (to determine eligibility, to process insurance claims, for utilization and review, or for billing and collection purposes, as necessary to obtain payment); or (3) for the health care operations of the hospital or another health care provider that has had a relationship with me (quality assessment, training programs, planning, etc.).



GENERAL CONSENT FOR TREATMENT
SHC_CON_11104   02/2022 Page 1 of 4   Original Medical Record

MRN #:     Account #: 

## Good Samaritan Medical Center
A STEWARD FAMILY HOSPITAL

235 North Pearl St.
Brockton MA 02301



PT Name: Gullbrants, Michael F
MRN #: GS00173075
Account #: GM0066457235
PHY Name:
Adm Svc Date: 03/15/22
DOB: 12/19/1957

### GENERAL CONSENT FOR TREATMENT

**VIDEO-MONITORING and TELEMEDICINE:**
I understand that the hospital may use video-monitoring or telemedicine during the course of my care and treatment. Video monitoring uses Closed Caption TV (CCTV) cameras utilized in some areas of the emergency department, and in some inpatient rooms to provide nursing and physician staff the ability to remotely monitor the clinical care and/or safety of the patients in each of these rooms. No recording will take place in patient rooms. I understand I have the right to request that video monitoring not be used during my visit and alternative methods to monitor me for safety are available.

Telemedicine uses audio and video equipment to permit a two-way, real-time, interactive communication between a patient and a physician or other practitioner who may be located at a distant site. The information gathered during a telemedicine encounter will be maintained in my medical record, and privacy and confidentiality of my medical information will be maintained at all times. The hospital will not record the actual audio or video transmission unless otherwise specified by my physician or practitioner. I understand that I have the right to withdraw my consent for telemedicine at any time without affecting my right to future care or treatment. I also understand that alternative methods of care may be available to me, and I may choose other options at any time.

**ASSIGNMENTS OF BENEFITS:**
I hereby assign to the hospital the right to all health insurance benefits otherwise payable to me, and I authorize Medicare and/or medical insurance benefits to be paid directly to the hospital named above. If the physicians associated with my care accept insurance assignment, then I also assign to those physicians the right to all health insurance benefits for their services otherwise payable to me, and I authorize my Medicare and/or medical insurance to be paid directly to those physicians. I agree to cooperate and provide information as needed to establish my eligibility for such benefits. A copy of this assignment and authorization may be used in place of the original.

**FINANCIAL RESPONSIBILITY:**
I understand that physician charges for medical and related professional services performed or supervised by a physician will be billed separately from hospital charges. I understand that insurance may not pay the full amount of all my charges and I acknowledge that I am financially responsible and agree to pay my bill for non-covered services, as well as any deductibles, coinsurance or any amounts in excess of insurance benefits. If I am uninsured, I agree to assume full financial responsibility for payment of all charges.

**PERSONAL VALUABLES:**
I understand that the hospital takes reasonable precautions to safeguard a patient's valuables that are officially deposited with the hospital. I understand that the hospital does not assume responsibility for personal valuables which are kept in my personal possession and have not been officially deposited with the hospital. I hereby release all liability for loss or damage to my valuables that have not been officially deposited with the hospital.

**VIDEOTAPING AND RECORDING BY PATIENTS OR VISITORS:**
I agree not to photograph, video record, audio record, or otherwise capture imaging or sound on any personal device other patients, visitors, hospital staff members, equipment or physical surroundings during this hospitalization. I also understand it is my responsibility to assure my visitors comply with this requirement.

**WEAPON/EXPLOSIVES/DRUGS:**
I understand and agree that if the hospital at any time believes there may be a weapon, explosive device, biohazard material, any type of illegal substance/drug or any alcoholic beverage in my room or with my belongings, the hospital may search my room and belongings, confiscate any of the above items that are found, and dispose or secure as it determines appropriate.

**MRN #:** |||||||||||||||||||||||||||||||||

**Account #:** |||||||||||||||||||||||||||||||||

## Good Samaritan Medical Center
A STEWARD FAMILY HOSPITAL

235 North Pearl St.
Brockton MA 02301

| | |
|---|---|
| **PT Name:** | Gulbrants, Michael F |
| **MRN #:** | GS00173075 |
| **Account #:** | GM0066457235 |
| **PHY Name:** | , |
| **Adm Svc Date:** | 03/15/22 |
| **DOB:** | 12/19/1957 |

### GENERAL CONSENT FOR TREATMENT

**ADVANCED DIRECTIVES:**
I acknowledge that the hospital has provided me with information on my rights to make health care treatment decisions in compliance with the Patient's Self Determination Act of 1990.

**SACRAMENTS:**
I wish to receive Sacrament for the sick: Yes_____ No_____ Other _____

Date _____ Time _____ Administered by _____

**SIGNATURE:**
My signature below constitutes my acknowledgement that I have read and understand the above information, that any questions I have asked have been satisfactorily answered, and that I agree to this consent of treatment as described herein.

| | | |
|---|---|---|
| _~signature~_  03/15/2022 09:15 | | |
| Signature (Patient or Patient's Legal Representative) | Date / Time | Printed Name of Legal Representative |

Relationship to Patient if Other Than Patient ☐ Legal Guardian ☐ Spouse/Sig Other ☐ Other _____

| | | |
|---|---|---|
| **CGSYEO02** | 03/15/22 | 09:14 |
| Witness | Date / Time | |

| | |
|---|---|
| Interpreter Name OR ID# | Signature | Date / Time |

(signature is not required for interpretations completed by phone or video)

Patient Unable to Sign Due to Condition

| | |
|---|---|
| Staff Signature | Date / Time |

||||||||||||||||||||||||||||||||||
\* R E G . C O N \*

GENERAL CONSENT FOR TREATMENT
SHC_CON_11104  02/2022 Page 3 of 4   Original Medical Record

MRN #: |||||||||||||||||||||||||||||    Account #: ||||||||||||||||||||||||||||||||

## Good Samaritan Medical Center
A STEWARD FAMILY HOSPITAL

235 North Pearl St.
Brockton MA 02301

| | |
|---|---|
| PT Name: | Gulbrants, Michael F |
| MRN #: | GS00173075 |
| Account #: | GM0066457235 |
| PHY Name: | , |
| Adm Svc Date: | 03/15/22 |
| DOB: | 12/19/1957 |

### ACKNOWLEDGEMENT OF PRIVACY RIGHTS & PRACTICES AND CONSENT FOR COMMUNICATIONS

**NOTICE OF PRIVACY RIGHTS & PRACTICES - ACKNOWLEDGEMENT STATEMENT:**
I acknowledge that I have received a copy of the Steward Notice of Privacy Practices. I understand that the Notice of Privacy Practices describes the ways in which the hospital may use and disclose my healthcare information for treatment, payment, and healthcare operations. I understand that I may contact the Privacy Officer identified in the Notice of Privacy Practices if I have questions or a complaint.

Signature of Patient: _____    03/15/2022 09:17
(or signature of parent, representative, or guardian if applicable)    Date    Time

**Staff Use Only:**
If unable to obtain acknowledgment, describe your attempt to obtain it and why you were unable to do so:
_____
_____
_____

Staff Signature: _____
Print Name: _____    Date    Time

A-03/15/2022-CGMEDPCL8S

**CONSENT FOR PAYMENT & COLLECTION COMMUNICATIONS:**
I agree that the Hospital and its agents, including debt collectors, may contact me through the use of any dialing equipment (including a dialer, automatic telephone dialing system, and/or interactive voice recognition system) and/or artificial or prerecorded voice or message, even if I am charged for the call or message, for the purpose of servicing my account and collecting amounts due.

I agree that such automated calls may be made to any telephone number (including numbers assigned to any paging, cellular, or mobile service, or any service) I have provided previously or may provide in the future in connection with my account, unless I have requested confidential communications from the hospital and its agents or a restriction on the disclosure of my healthcare information in accordance with the Notice of Privacy Practices and the hospital has agreed to such request. With this consent, I waive any claim I may have against the Hospital and/or its agents, including debt collectors, for the making of such calls, including any claim under federal or state law and specifically any claim under the Telephone Consumer Protection Act, 47 U.S.C. § 227.

I also agree that this provision applies to the use of text messaging. I consent to the receipt of text messages from the Hospital and/or its agents, including debt collectors, at any telephone number (including numbers assigned to any paging, cellular, or mobile service, or any service) I have provided previously or may provide in the future in connection with my account.
I understand there is a risk of a third-party accessing my health information when communicated over these media. I understand that I am not required to consent to these types of communications and a decision not to sign this authorization will not affect my health care in any way. If I prefer not to consent to these communication methods (opt out of receiving prerecorded telephone and text messages), I understand that the hospital will continue to use U.S. Mail or regular telephone messaging to communicate with me.

I have read this consent and agree that the hospital my contact me as described above.

Patient's Signature:     03/15/2022 02:17
(or signature of parent, representative, or guardian if applicable)    Date    Time

|||||||||||||||||||||||||||||||||||||
★ R E G . C O N ★

GENERAL CONSENT FOR TREATMENT
SHC_CON_11104  02/2022 Page 4 of 4   Original Medical Record

**Good Samaritan Medical Center**

235 No Pearl St
Brockton, MA 02301

**Emergency Department Document
Signed**

Patient: Gulbrants,Michael F
DOB: 12/19/1957
Age/Sex: 64 / M
Loc: ED.GS  Room:
Attending Dr: William LaPlant MD

Medical Record#: GS00173075
Acct:GM0066457235
Admit/Reg Date: 03/15/22
Report Number: HIM0315-01197

*<LaPlant,William - Last Filed: 03/15/22 10:22>*

**History of Present Illness**
**Chief Complaint:** Wound/Laceration
**Stated Complaint:** Inj Lt Thumb
**Primary Care Provider:** Blanchette,Brian
**Primary Care Provider Group:** APG WHITMAN
**Allergies/Adverse Reactions:**

No Known Drug Allergies Allergy (Verified 03/15/22 09:19)

**MDM/COURSE**

**-- MDM**
**Medical Decision Making Narrative:**

03/15/22 10:23
Attending Attestation
William LaPlant, MD
I have seen the above patient with a mid-level provider.  I personally saw the patient performed a
substantive portion of the visit including obtaining a history, performing my own physical exam,
independent medical decision making and coordination of care with the APP.

64-year-old male presents with left thumb injury.  He was using a table saw and cut open the thumb.
No other injuries.  Unknown last Tdap.  He has a history of non-insulin-dependent diabetes.

General: alert and no acute distress
Skin: warm, dry, intact
Head: normocephalic, atraumatic
Neck: trachea midline, no deformity
Eye: normal conjunctiva, normal EOM
ENMT: oral mucosa moist, no pallor
CV: normal peripheral perfusion, no cyanosis
Resp: nonlabored respirations, speaking in full sentences
MSK:

Macerated laceration to the left thumb including the nail bed and volar aspect, missing tissue
Neuro: Speech normal, moving all extremities, no facial droop
HIM 0315-01197

1 of 5

Good Samaritan Medical Center
Patient name: Gullbrants,Michael F
Account #: GM0066457235

Report Number: HIM0315-01197
Medical Record#: GS00173075

Psych: cooperative

He has a complex laceration.. Will consult Hand surgery.  X-ray shows bony involvement. Ancef ordered, Tdap ordered.  Disposition pending Hand surgery evaluation

William LaPlant, MD

*<Smith,Allie - Last Filed: 03/15/22 13:40>*

**Arrival**

**– Arrival**
**ED Triage Note:** Lac left thumb on table saw this morning

**History of Present Illness**
**Nursing note reviewed: Yes**
**Source:** patient
**Exam/History Limitations:** no limitations
**Primary Care Provider:** Blanchette,Brian
**Primary Care Provider Group:** APG WHITMAN
**History of Present Illness:**

64yoM who presents from home with left thumb injury. Patient was using a table saw when his finger slipped, causing a laceration to the thumb. he reports 8/10 throbbing pain. He denies numbness or tingling to the finger. he denies difficulty bending the finger. He is unsure of his last tetanus.

**Review of Systems**
**All Other Systems (except as marked in HPI):** Reviewed and Negative

**Family/Social History**

**– Family History**
**Family History Of:** None Reported

**– Social History**
**Living Situation:** Private Home
**Smoking Status:** Never smoker
**1. How Often Do You Have a Drink Containing Alcohol:** a. Never

**Physical Exam**
**Triage Vital Signs:**

| Temperature | 97.2 F L | 03/15/22 09:20 |
| Temperature Source | Temporal Artery Scan | 03/15/22 09:20 |
| Pulse Rate | 92 H | 03/15/22 09:20 |
| Respiratory Rate | 19 | 03/15/22 09:20 |
| Blood Pressure | 138/86 | 03/15/22 09:20 |
| Blood Pressure Mean | 103 | 03/15/22 09:20 |
| O2 Sat by Pulse Oximetry | 99 | 03/15/22 09:20 |
| Oxygen Delivery Method | | 03/15/22 09:20 |

Good Samaritan Medical Center
Patient name: Gullbrants,Michael F
Account #: GM0066457235

Report Number: HIM0315-01197
Medical Record #: GS00173075

| Pain Intensity | 9 | 03/15/22 09:20 |

**General Appearance:** NAD, WD/WN, Ambulatory
**Eyes:** PERRL
**Mouth/Throat:** Mucosa moist
**Respiratory:** No respiratory distress
**Extremity/Musculoskeletal:** Nl distal pulses (left thumb: cap refill < 3 seconds distally), **Other (left thumb: there is a large, deep dermal avulsion along the volar aspect just distal to the IP. There is another 3cm linear deep laceration along the lateral aspect wrapping aroind to the distal nail bed with partial nail avulsion. able to actively flex and extend at the IP. sensation intact.)**
**Skin:** Warm, Dry

Results/Orders

- **Results and Orders**
**Medications Ordered:**


**Discontinued Medications**

Acetaminophen (Acetaminophen 325 Mg Tablet) 975 mg PO ONCE ONE
    Stop: 03/15/22 10:05
    Last Admin: 03/15/22 10:29  Dose: 975 mg
    Documented by: RB492
Diphtheria/Pertussis/Tetanus Vacc (Tetanus, Diphtheria, (Acell) Pertusis 0.5 Ml Inj) 0.5 ml IM .ONCE ONE
    Stop: 03/15/22 09:50
    Last Admin: 03/15/22 09:55  Dose: 0.5 ml
    Documented by: RB492
Cefazolin Sodium/Dextrose (Ancef) 2 gm in 50 mls @ 100 mls/hr IV ONCE ONE
    Stop: 03/15/22 10:44
    Last Admin: 03/15/22 10:29  Dose: 100 mls/hr
    Documented by: RB492
Lidocaine HCl (Lidocaine 1% 20 Ml Inj) 20 ml INFIL ONCE ONE
    Stop: 03/15/22 09:50
    Last Admin: 03/15/22 09:59  Dose: 20 ml
    Documented by: RB492
Morphine Sulfate (Morphine 4 Mg/Ml Inj) 4 mg IV ONCE ONE
    Stop: 03/15/22 11:11
    Last Admin: 03/15/22 11:15  Dose: 4 mg
    Documented by: RB492

**Radiology Orders:**
Radiology Orders

03/15/22 09:49
XR thumb LT min 2V Stat

Good Samaritan Medical Center                              Report Number: HIM0315-01197
Patient name: Gullbrants,Michael F                        Medical Record #: GS00173075
Account #: GM0066457235

## Procedures

- Laceration
  ** Laceration 1
**Site:** hand
**Side (If applicable):** left
**Wound length (cm):** 6
**Description:** stellate, irregular, contaminated
**Depth:** involves muscle layer
**Local Anesthetic:** lidocaine 1%
**Amount of anesthesia used (mL):** 10 (digital block)
**Pre-repair:** wound explored, irrigated extensively
**Wound repaired with:** sutures
**Suture type:** prolline
**Gauge:** 5-0, 6-0
**Number of sutures:** 6
**Technique:** simple, interrupted

## MDM/COURSE

### Vital Signs

| Temperature | 97.2 F L | 03/15/22 09:20 |
|---|---|---|
| Pulse Rate | 92 H | 03/15/22 09:20 |
| Respiratory Rate | 19 | 03/15/22 09:20 |
| Blood Pressure | 138/86 | 03/15/22 09:20 |
| O2 Sat by Pulse Oximetry | 99 | 03/15/22 09:20 |

| Temperature | 97.2 F L | 03/15/22 09:20 |
|---|---|---|
| Pulse Rate | 83 | 03/15/22 10:27 |
| Respiratory Rate | 18 | 03/15/22 10:27 |
| Blood Pressure | 108/59 L | 03/15/22 10:27 |
| O2 Sat by Pulse Oximetry | 98 | 03/15/22 10:27 |

- MDM
**Medical Decision Making Narrative:**

03/15/22 11:12
64yoM presents from home with left thumb laceration sustained from able saw. He is well appearing
on arrival. Exam as documented. He has a complex laceration and will need ortho reccs. he does have
a comminuted distal tuft fracture and Ancef ordered for open wound. It was thoroughly cleansed after
digital block performed. Tylenol and morphine for pain control. Tetanus updated. Awaiting ortho
reccs.

03/15/22 13:38
ortho evaluated the patient and requesting loose approximation and will follow up in the office
tomorrow morning. 6 sutures were placed at above. he tolerated this well. will discharge him home on
oral keflex, oxycodone as needed for severe pain. Follow up with Fanuele in office tomorrow morning.
reasons to return here reviewed.

HIM 0315-01197                                                    4 of 5

Good Samaritan Medical Center
Patient name: Gullbrants,Michael F
Account #: GM0066457235

Report Number: HIM0315-01197
Medical Record #: GS00173075

**- Medical Records**
**Attestation:** I reviewed the patient's medical records.

**Discharge Plan**

**- Discharge**
**Clinical Impression:**
Thumb fracture

**Disposition:** Home or Self-Care
**Condition:** Good
**Instructions:** ED Fracture, Finger, Open
**Care Plan Goals:**
keep the dressing on until follow up tomorrow morning, 3/16/22, with Dr. Fanuele. Recommend
Motrin and Tylenol as directed, oxycodone as needed for severe pain. take the antibiotics as
prescribed.
**Prescriptions:**
**New**
  **cephalexin 250 mg Tablet**
    250 mg PO Q6H Qty: 28 RF: 0
    Prescription Printed
  **oxycodone 5 mg tablet**
    5 mg PO Q6H PRN (Reason: Severe Pain (7-10)) Qty: 10 RF: 0
    Prescription Printed
**Referrals:**
Blanchette,Brian, MD [Primary Care Provider] -
Fanuele,Jason C, MD [Staff Physician] -
**Print Language:** English

**- Discharge Data**
**Time Seen by Provider:** 03/15/22 09:36

Dictated By: Allie Smith, PAC
Signed By: Smith,Allie PAC 03/15/22 1340
        LaPlant,William MD 03/15/22 1355

DD/DT: 03/15/22 0948
TD/TT: 03/15/22 0949          Transcriptionist: SHEAL4

cc: BLABR*

Brian Blanchette, MD

Good Samaritan Medical Center

Patient: ...
Visit Date: ...
Med Record#: ...
Location: ...
Primary Provider: ...
Gender: ...

## Patient Visit Information

### You were seen today for:

Thumb fracture

### Patient Instructions:

Received with this packet on 03/15/22 at 13:21
Fracture Finger Open

### Care Plan Goals:

keep the dressing on until follow up tomorrow morning, 3/16/22, with Dr. Fanuele. Recommend Motrin and Tylenol as directed, oxycodone as needed for severe pain. take the antibiotics as prescribed.

### Follow-Ups:

Michael F Gullbrants has been referred to the following clinics/specialists for follow-up care:

**1. Brian Blanchette , MD  Date:**
312 Bedford Street
SMG
WHITMAN, MA  02382
(781)792-6000

**2. Jason C Fanuele , MD  Date:**
15 Roche Bros. Way, Ste 200
OCPN/University orthopedics
NORTH EASTON, MA  02356
(781)344-3535

### Prescriptions:

1. cephalexin
   250 mg oral every 6 hours #28 tab.
   250 mg
   Tablet
   Refills: 0
2. oxycodone
   5 mg oral every 6 hours as needed #10 tab
   5 mg
   tablet
   Refills: 0

### Additional Documents Given:

Good Samaritan Medical Center

Reg Acct Discharge Signature Page

 **Good Samaritan Medical Center**

Name: Michael F Guilbrants
Acct Num: GM0064572235
Med Rec Num: G500273075
Location: Emergency Dept
Primary Provider: LaPlant,William
Date: 03/15/22

## Open Finger Fracture

You have a broken finger (fracture) with a nearby cut, puncture, or deep scrape. This causes pain, swelling, and bruising. Because of the open injury, you are at risk for infection in the skin and bone. You will take antibiotics to lower the risk for infection.

This injury usually takes about 4 weeks to heal. Finger injuries are often treated with a splint or cast, or by taping the injured finger to the next one (buddy taping). This protects the injured finger and holds the bone in position while it heals. More serious fractures may need surgery.

If the fingernail has been severely injured, it will probably fall off in 1 to 2 weeks. A new fingernail will usually start to grow back within a month.

### Home care

Follow these guidelines when caring for yourself at home:

- Keep your hand elevated to reduce pain and swelling. When sitting or lying down keep your arm above the level of your heart. You can do this by placing your arm on a pillow that rests on your chest or on a pillow at your side. This is most important during the first 2 days (48 hours) after the injury.
- Put an ice pack on the injured area. Do this for 20 minutes every 1 to 2 hours the first day for pain relief. You can make an ice pack by wrapping a plastic bag of ice cubes in a thin towel. As the ice melts, be careful that the cast or splint doesn't get wet. Continue using the ice pack 3 to 4 times a day until the pain and swelling go away.
- Keep the cast or splint completely dry at all times. Bathe with your cast or splint out of the water. Protect it with a large plastic bag, rubber-banded at the top end. If a fiberglass cast or splint gets wet, you can dry it with a hair dryer.
- You may use acetaminophen or ibuprofen to control pain, unless another pain medicine was prescribed. If you have chronic liver or kidney disease, talk with your healthcare provider before using these medicines. Also talk with your provider if you've had a stomach ulcer or gastrointestinal bleeding.
- If buddy tape was applied and it becomes wet or dirty, change it. You may replace it with paper, plastic, or cloth tape. Cloth tape and paper tapes must be kept dry. Keep the buddy tape in place for at least 4 weeks.
- Take all antibiotics until you have finished them.
- Don't put creams or objects under the cast if you have itching.

### Follow-up care

Follow up with your healthcare provider, or as advised. This is to make sure the bone is healing the way it should.

X-rays may be taken. You will be told of any new findings that may affect your care.

### When to seek medical advice

Call your healthcare provider right away if any of these occur:

- The cast or splint cracks

Good Samaritan Medical Center

Name: Michael F Gutbrunti
Acct Num: GM0064457235
Med Rec Num: G960173075
Location: Emergency Dept
Primary Provider: LaPlant, William
Date: 03/15/22

- The plaster cast or splint becomes wet or soft
- The fiberglass cast or splint stays wet for more than 24 hours
- Pain or swelling gets worse
- Tightness or pressure under the cast or splint gets worse
- Finger becomes cold, blue, numb, or tingly
- You can't move your finger
- Redness, warmth, swelling, drainage from the wound, or foul odor from a cast or splint
- Fever of 100.4°F (38°C) or higher, as directed by your healthcare provider
- Shaking chills

**StayWell last reviewed this educational content on 2/1/2020**

© 2000-2020 The StayWell Company, LLC. 800 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

### Procedural Sedation

Procedural Sedation

In certain circumstances the procedure that you underwent while in the ED will occasionally require sedation. If you received any sedation during your ED stay, please follow the PROCEDURAL SEDATION/CONSCIOUS SEDATION instructions below:

You have been given medicine by vein to sedate you during your procedure today. This may have included both a pain medicine and sleeping medicine. Most of the effects have worn off; however, you may continue to have some drowsiness for the next 6-8 hours.

Follow These Instructions Carefully:
1. For the next 8 hours, you should be watched by a responsible adult. This person should make sure your condition is not getting worse.
2. Do not take any oral medicine for pain or sleep during the next 4 hours since this might react with the medicines you were given in the hospital, causing a much stronger response than usual.
3. Do not drink any alcohol for the next 24 hours.
4. Do not drive or operate dangerous machinery during the next 24 hours.
5. Do not make important business or personal decisions, or sign legal documents during the next 24 hours.

Follow up with your doctor or this facility if you are not alert and back to your usual level of activity within 12 hours.

Return to this facility immediately or contact your doctor if you begin to have any of the following:
- Increased drowsiness.
- Increased weakness or dizziness
- If you cannot be awakened.
- Your condition worsens in any other way.

Patient Name: Michael F Guilmette
Acct Num: ...
Med Rec Num: ...
Location: Emergency Dept
Primary Provider: ...

## Patient Signature Page

Patient Name: Michael F Guilmette

Care Givers: Physicians: ...    Midlevel: ...

Seen Today For: ...

I understand that the hospital care I received is not intended as the final step in my medical care. I acknowledge that I have been instructed to follow up with my primary care physician and/or the above physician(s) for follow up as recommended for my continued health care needs. Certain X-rays, lab tests and other studies may, if obtained, be reviewed by appropriate specialists and I will be notified of the need for further follow up.

I have read and understand the above, received a copy of applicable instruction sheets, and will arrange for follow up care as recommended.

Michael F Guilmette
Print Patient Name

Patient or Guardian Signature                          Date/Time

Witness/Individual Signature                           Date/Time

Frost Manor Care Medical Center

Patient Name: Michael F DiFloranco
Acct Num: xxxxxxxxxx
Med Rec Num: xxxxxxxxx
Location: Emergency Dept
Primary Provider: LaSanta,William, MD

## Patient Signature Page

**Patient Name:** Michael F DiFloranco

**Care Givers:** Providers: LaSanta,William, MD    Mid-Levels: Smith,Miles, PA

**Seen Today For:** Thumb fracture.

I am aware that the treatment that I received in not intended to be an the final care of my problems which    I ack

**I have read and understand the above, received a copy of applicable instruction sheets, and will arrange for follow up care as recommended.**

Michael F DiFloranco
_____
Print Patient Name

_____
Patient or Guardian Signature                    Date/Time

```
*Northeast* Steward Health                                    Page: 1
                              ED Visit Summary              Date: 03/15/22 11:07

Gullbrants,Michael F
 Fac: Good Samaritan Medical Center      Loc:Emergency Dept          Bed:-
 54 M 12/19/1967              Med Rec Num:G000173075          Visit:GM0065457235
    Attending:                                              Reg Date:03/15/22
    Reason:Inj Lt Thumb
                    ED Interventions/Assessments/Treatments
```

*COVID-19 Initial Assessment                    Start:  03/15/22 09:15
Freq:                                           Status: Discharge
Protocol:  ED.COVID19
  Created    03/15/22 09:15  System  (Rec: 03/15/22 09:15  System  CGSEDPC135)
  Document   03/15/22 09:20  LB  (Rec: 03/15/22 09:22  LB  CGSEDPC131)
  COVID-19 Initial Screening
     COVID-19 Initial Screen
       Has the patient screened positive for      N
       COVID-19 symptoms?
       Has the patient been exposed to others      N
       with a COVID infection in the past 5
       days?
       Has the patient been diagnosed with         N
       COVID within the past 5 days?
  Edit Status  03/15/22 13:45  RB  (Rec: 03/15/22 13:45  RB  CGSEDPC139)
     Active=>Discharge

COVID-19 Vaccine Assessment                     Start:  03/15/22 09:15
Text:                                           Status: Discharge
Freq:
Protocol:
  Created    03/15/22 09:15  System  (Rec: 03/15/22 09:15  System  CGSEDPC135)
  Document   03/15/22 09:20  LB  (Rec: 03/15/22 09:22  LB  CGSEDPC131)
  COVID-19 Vaccine Screening Assessment
     Have you received the COVID-19 Vaccine?
       Have you received the COVID-19 Vaccine      Yes
       Which vaccine did you receive?              Moderna
       Number of COVID-19 Doses Received           Two
       Has it been greater than 2 weeks since      Yes
       your last vaccine?
  Edit Status  03/15/22 13:45  RB  (Rec: 03/15/22 13:45  RB  CGSEDPC139)
     Active=>Discharge

Columbia Suicide Risk Rating Scale              Start:  03/15/22 09:19
Freq:   .ADM/PRN                                Status: Discharge
Protocol:
  Created    03/15/22 09:19  System  (Rec: 03/15/22 09:19  System  CGSEDPC131)
  Document   03/15/22 09:34  RB  (Rec: 03/15/22 09:35  RB  CGSEDPC139)
  Columbia Suicide Severity
     Triage Assessment
       Suicide Scale Completed in ED Triage        Yes
       Assessment
  Edit Status  03/15/22 13:45  RB  (Rec: 03/15/22 13:45  RB  CGSEDPC139)
     Active=>Discharge

Critical Value Reporting & Notifications        Start:  03/15/22 09:19
Freq:                                           Status: Discharge
Protocol:
  Created    03/15/22 09:19  System  (Rec: 03/15/22 09:19  System  CGSEDPC131)
  Edit Status  03/15/22 13:45  RB  (Rec: 03/15/22 13:45  RB  CGSEDPC139)
     Active=>Discharge
```

Continued on Page 2

Page: 1

Gullbrants,Michael F
Fac: Good Samaritan Medical Center          Loc:Emergency Dept          Bed:-
54 M 12/19/1957                    Med Rec Num:GSC3172076          Visit:GM0066457235

| ED Interventions/Assessments/Treatments - Continued | |
|---|---|
| ED Disposition Documentation | Start:  03/15/22 09:15 |
| Freq: | Status: Discharge |
| Protocol: | |

Created      03/15/22 09:15  System  (Rec: 03/15/22 09:15  System  CGSEDPC185)
Document     03/15/22 13:44  RB  (Rec: 03/15/22 13:45  RB  CGSEDPC139)

Vital Signs
   Pulse
      Pulse Ox Machine
         Pulse Rate (60-90 beats/min)          87
   Respirations
      Respiratory Rate (12-24 breaths/min)      18
   Oxygen
      O2 Sat by Pulse Oximetry (95-100 %)       93 L
      Oxygen Delivery Method                    Room Air
   Blood Pressure
      Right Arm
         Blood Pressure (90/60-140/90 mmHg)     128/63
         Blood Pressure Mean (mm Hg)            84
         Blood Pressure Source                  Automatic Cuff
         Blood Pressure Position                Sitting
IV Medication Intake
   IV Medication Intake
      cefAZolin/D5W 2 GM/50 ML IV 2 gm In 50 ml @ 100 mls/hr IV ONCE ONE Rx#:GS02435474
         Transferred w/Fluids Running           No
         Date Infusion Completed                03/15/22
         Infusion Stop Time                     13:00
ED Discharge Assessment
   Discharge Information
      Interpreter Required                      No
         Query Text:Please utilize the My Steward
         Interpreter/Disability Request Portal
         or use Phone/Video
      Discharged with Whom                      Spouse
      Mode of Discharge                         Ambulatory
      Discharge Instructions Reviewed; Able To  Yes
         Teach Back
      Instructions Provided By                  RN,PA
      Teaching Recipient                        Patient
      Learning Response                         Verbalizes Understanding
   Discharge Comment
      Discharge Comment                         Large, non-adherent dressing
                                                applied to left thumb. Sutures
                                                intact, bleeding controlled.
                                                Patient AAOx4. Vitals stable.
                                                Wife at bedside. Pt ambulating
                                                with steady gait. IV removed.

   Disposition
      Patient Disposition                       Home or Self-Care
   Belongings
      Valuables Sheet Attached                  No
      Essential Belonging(s) Sent with Patient  Clothing
Edit Status  03/15/22 13:45  RB  (Rec: 03/15/22 13:45  RB  CGSEDPC139)
      Arrival Discharge

Continued on Page 2

Galibeanis, Michael S     Page: 1

| Fac: Good Samaritan Medical Center | Loc: Emergency Dept | Med Rec Num: OB0012031 5075 | DOB: 11/17/1957 |
|---|---|---|---|
| | | Visit: GOS064 57235 | Bed:- |

**ED Paramedic Triage – Continued**

Start: 03/15/22 09:16    Status: Discharge
Protocol: E.EST
Freq:
Created 03/15/22 09:15 System (Rec: 03/15/22 09:15 System CGSEIFXO185)
Edit Status 03/15/22 13:45 PB (Rec: 03/15/22 13:45 PB CGSEDISC139)
Active->Discharge

**ED Triage Assessment**

Start: 03/15/22 09:15    Status: Discharge
Protocol: E.EST
Freq:
Created 03/15/22 09:15 System (Rec: 03/15/22 09:15 System CGSEIFXO185)
Edit Status 03/15/22 09:30 F3 (Rec: 03/15/22 09:22 FB CGSEDISC111)

**Arrival**
Act[ual]:
Mode of Arrival: Walk-in

**Telephone/Video Interpretation**
Interpreter Required
Interpreter Required: No
Query Text: Please utilize the My Steward Interpreter/Disability Request Portal or use Phone/Video

**Triage Note**
Note
ED Triage Note: Pac left thumb on table saw this morning

**ED Vital Signs with Sepsis**
Sepsis Indicators
Protocol: E.SEPSIS
Clinical criteria present: None
Query Text: *Please indicate all suspected or documented infection criteria that apply to your patient.

Temperature
Temperature (97.6 F-99.6 F): 97.2 F
Source: Temporal Artery Scan

Pulse
Pulse Ox Machine
Pulse Rate (60-90 beats/min): 92 R

Respirations
Respiratory Rate (12-24 breaths/min): 19

Oxygen Delivery
Pulse Oximetry (95-100 %): 99
Oxygen Delivery Method: Room Air

Blood Pressure
Right Arm
Blood Pressure (99/50-140/90 mmHg): 138/86
Mean (mm Hg): 103

Sepsis Screen
Sepsis Screen
Action Taken (Select ALL that Apply): No Definite Risk
Query Text: If the ED RN will screen positive for sepsis, the RN will notify the ED LIP and initiate the sepsis ED RN NRT Approved Order Set
No Action Required

Continued on Page 4

**Gullbrants,Michael F**
**Fac:** Good Samaritan Medical Center **Loc:** Emergency Dept **Bed:** -
84 M 12/29/1957 **Med Rec Num:** GS00173075 **Visit:** GX0066457235

ED Interventions/Assessments/Treatments - Continued

Following notification, the LIP will assess the patient for any additional treatment needs using the Sepsis Protocol and Sepsis order sets.

| | |
|---|---|
| Pain | |
| Pain | |
| Protocol: N.PAIN | |
| Left Finger | |
| Pain Score | 9 |
| Triage | |
| Height/Weight/BMI | |
| Height | 1.83 m |
| Weight | 118.841 kg |
| Weight Measurement Method | Estimated by Patient |
| Body Mass Index (BMI) | 35.5 |
| Glasgow Coma Scale | |
| Eye Opening | Spontaneous |
| Motor Response | Obeys commands |
| Verbal Reponse | Oriented |
| Glasgow Coma Scale Total | 15 |
| Columbia Suicide Severity | |
| Suicide Rating Scale | |
| 1. Wish to be Dead (Past Month) Query Text:Ask: "Have you wished you were dead or wished you could go to sleep and not wake up?" | No |
| 2. Suicidal Thoughts (Past Month) Query Text:Ask: "Have you actually had any thoughts of killing yourself?" General non-specific thoughts of wanting to end one's life/commit suicide. "I've thought about killing myself" without general thoughts of ways to kill oneself/associated methods, intent, or plan. | No - Proceed to Question 6 |
| 6. Suicidal Behavior Question (Past Month) Query Text:Ask: "Have you ever done anything, started to do anything, or prepared to do anything to end your life?" Examples: Collected pills, obtained a gun, gave away valuables, wrote a will or suicide note, took out pills but didn't swallow any, held a gun but changed your mind or it was grabbed from your hand, went to the roof but didn't jump; or actually took pills, tried to shoot yourself, cut yourself, or hang yourself, etc. | No |
| Other Risk Factors | |
| Other Risk Factors Not Identified by Suicide Screening that put the Patient | No |

Continued on Page 3

Page: 5

Gullbrants,Michael F
Fac: Good Samaritan Medical Center        Loc:Emergency Dept                    Bed:-
54 M 12/19/1967                    Med Rec Num:GS03173075                    Visit:GK0066457235

ED Interventions/Assessments/Treatments - Continued
        at HIGH RISK
    Suicide Risk
        Suicide Risk                            Low
ESI Level
    ESI Level
        Protocol:  E.ESI
        ED ESI Level                            3
Edit Status  03/15/22 13:45  RB  (Rec: 03/15/22 13:45  RB  CGSEDPC139)
    Active=>Discharge

ED Vital Signs/Progress Note                        Start:  03/15/22 09:19
Freq:                                    Status: Discharge
Protocol:
    Created      03/15/22 09:19  System  (Rec: 03/15/22 09:19  System  CGSEDPC131)
    Document     03/15/22 09:35  RB  (Rec: 03/15/22 09:36  RB  CGSEDPC139)
ED Vital Signs/Progress Note
        Progress Note
            Progress Note                       Patient resting comfortably.
                                                Bleeding controlled. Left
                                                thumb gauze dressing intact,
                                                clean and dry.
    Document     03/15/22 10:27  RB  (Rec: 03/15/22 10:28  RB  CGSEDPC139)
ED Vital Signs/Progress Note
        Pulse
            Pulse Ox Machine
            Pulse Rate (60-90 beats/min)        83
        Respirations
            Respiratory Rate (12-24 breaths/min) 18
        Oxygen
            Pulse Oximetry (95-100 %)           98
            Oxygen Delivery Method              Room Air
        Blood Pressure
            Right Arm
            Blood Pressure (90/60-149/90 mmHg)  108/58 L
            Blood Pressure Mean (mm Hg)         75
            Source                              Automatic Cuff
            Position                            Sitting
        Vital Signs Action Taken
            Vital Signs Action Taken            No Action Required
        Progress Note
            Progress Note                       Patient resting comfortably.
                                                Family at bedside.
Edit Status  03/15/22 13:45  RB  (Rec: 03/15/22 13:45  RB  CGSEDPC139)
    Active=>Discharge

ED Wound/Laceration Assessment                        Start:  03/15/22 09:19
Freq:                                    Status: Discharge
Protocol:
    Created      03/15/22 09:19  System  (Rec: 03/15/22 09:19  System  CGSEDPC131)
    Document     03/15/22 09:34  RB  (Rec: 03/15/22 09:35  RB  CGSEDPC139)
Wound/Laceration Assessment
        Complaint Information
        Onset                                   0845
        Location of Incident                    Home
        Place                                   Home

Continued on Page 6

Page: 6

Gullbrants,Michael F
Fac: Good Samaritan Medical Center          Loc:Emergency Dept          Bod:-
64 M 12/19/1957                    Med Rec. Num:GS02173075          Visit:GMG066457235

ED Interventions/Assessments/Treatments - Continued
        Context                              Accidental
Wound/Laceration Assessment Comment
    Comment
        Wound/Laceration Assessment Comment (CC    Left thumb laceration
        )
    Edit Status  03/15/22 13:45  RB  (Rec: 03/15/22 13:45  RB  CGSEDPC139)
    Active=>Discharge
Fall Risk Assessment Tool-John Hopkins                        Start: 03/15/22 09:19
Freq:  Q8H                                                   Status: Discharge
Protocol:
  Created      03/15/22 09:19  System  (Rec: 03/15/22 09:19  System  CGSEDPC139)
  Document     03/15/22 09:34  RB     (Rec: 03/15/22 09:35  RB  CGSEDPC139)
  Johns Hopkins Fall Risk Assessment
        Compl Assmnt if NO Fall Risk Doc Above
    Patient Age
        Protocol:  N.JHFAGE
        Patient Age                        60-69 Years  (1)
    Fall History
        Protocol:  N.JHFHX
        Fall History                       No Fall-Last 6 Months (0)
    Elimination, Bowel, Urine
        Protocol:  N.JHFALLE
        Elimination, Bowel and Urine       No Incont/Urgency/Freq(0)
    Medications
        Protocol:  N.JHFMED
        Medications                        None (0)
            Query Text:Includes PCA/ Opiates, Anti-
            convulsants, Anti-Hypertensives,
            Diuretics, Hypnotics, Laxatives,
            Sedatives, and Psychotropics.
    Patient Care Equipment
        Protocol:  N.JHFALLP
        Patient Care Equipment             None (0)
            Query Text:Any equipment that tethers
            the patient (IV Infusion, Chest Tube,
            Indwelling Catheter, SCDs, etc.)
    Mobility
        Protocol:  N.JHFXCB
        Requires Assistance or Supervision No (0)
            Query Text:Requires assistance or
            supervision for mobility, transfer or
            ambulation.
        Unsteady Gait                      No (0)
        Visual or Auditory Impairment Affecting   No (0)
            Mobility
    Cognition
        Protocol:  N.JHFXCG
        Altered Awareness of Immediate Physical   No (0)
            Environment
        Impulsive                          No (0)
        Lack of Understanding of Physical/ No (0)
            Cognitive Limitations
            Query Text:Lack of understanding of one'

Continued on Page 7

Page: 7

**Gullbrants,Michael F**
Fac: Good Samaritan Medical Center        Loc:Emergency Dept                **Bed:-**
64 M 12/19/1957                          Med Rec Num:GSG0173675              **Visit:GMOC66457235**

ED Interventions/Assessments/Treatments - Continued
              a physical and cognitive limitations.
        Fall Risk Score
           Fall Risk Score Total                    1
              Query Text:Copyright (C) 2007 by The
              Johns Hopkins Health System Corporation.
              All Rights Reserved.
        Risk Assessment
           Fall Risk Category                       LOW
              Query Text:Low Risk - 0-5 points *OR*
              Completely paralyzed or Immobile
              Moderate Risk - 6-13 points
              High Risk = Greater than 13 points *OR*
              Automatic high fall risk based on fall
              risk factor category criteria
        Fall Risk Interventions
           Environmental                           Bed in Lowest Position,Brake
                                                   Locks on Wheels
   Edit Status   03/15/22 13:45  RB  (Rec: 03/15/22 13:45  RB  CGSEDPC139)
        Active=>Discharge

Height/Weight Assessment                            Start:  03/15/22 09:19
Text:                                               Status: Discharge
Freq:
Protocol:
   Created      03/15/22 09:19  System  (Rec: 03/15/22 09:19  System  CGSEDPC131)
   Edit Status  03/15/22 13:45  RB  (Rec: 03/15/22 13:45  RB  CGSEDPC139)
        Active=>Discharge

IV/Invasive Line Insert/Remove                      Start:  03/15/22 09:19
Freq:                                               Status: Discharge
Protocol:
   Created      03/15/22 09:19  System  (Rec: 03/15/22 09:19  System  CGSEDPC131)
   Edit Status  03/15/22 13:45  RB  (Rec: 03/15/22 13:45  RB  CGSEDPC139)
        Active=>Discharge

IV/Invasive Line Status                             Start:  03/15/22 09:19
Text:                                               Status: Discharge
Freq:
Protocol:
   Created      03/15/22 09:19  System  (Rec: 03/15/22 09:19  System  CGSEDPC131)
   Document     03/15/22 10:10  RB  (Rec: 03/15/22 10:11  RB  CGSEDPC139)
   IV/Invasive Line Assessment
        IV Location
           Right Hand Peripheral IV
              Date of Insertion                     03/15/22
              Time of Insertion                     10:11
              Insertion Attempts                    1
              Reason for IV Insertion               Provide Access for IV
                                                    Medication(s)
              Gauge (Fr)                            20
              Site Observation                      Asymptomatic
              Site Subjective Description           Asymptomatic
   Edit Status  03/15/22 13:45  RB  (Rec: 03/15/22 13:45  RB  CGSEDPC139)
        Active=>Discharge

Intake and Output                                   Start:  03/15/22 09:19
Text:                                               Status: Discharge

Continued on Page 8

**Gullbrants,Michael F**
**Fac:** Good Samaritan Medical Center **Loc:**Emergency Dept **Bed:**-
64 M 12/19/1957 **Med Rec Num:**GS00173075 **Visit:**GM0366457335

ED Interventions/Assessments/Treatments - Continued

Freq:
Protocol:
Created 03/15/22 09:19 System (Rec: 03/15/22 09:19 System CGSEDPC131)
Edit Status 03/15/22 13:45 RB (Rec: 03/15/22 13:45 RB CGSEDPC139)
Active=>Discharge

Nursing Swallow Screen Start: 03/15/22 09:19
Status: Discharge
Freq:
Protocol:
Created 03/15/22 09:19 System (Rec: 03/15/22 09:19 System CGSEDPC131)
Edit Status 03/15/22 13:45 RB (Rec: 03/15/22 13:45 RB CGSEDPC139)
Active=>Discharge

Pain Assessment Start: 03/15/22 09:19
Status: Discharge
Text:
Freq:
Protocol: N.PAIN
Created 03/15/22 09:19 System (Rec: 03/15/22 09:19 System CGSEDPC131)
Edit Status 03/15/22 13:45 RB (Rec: 03/15/22 13:45 RB CGSEDPC139)
Active=>Discharge

Patient Care/ADL's/Activity Start: 03/15/22 09:19
Status: Discharge
Freq:
Protocol:
Created 03/15/22 09:19 System (Rec: 03/15/22 09:19 System CGSEDPC131)
Edit Status 03/15/22 13:45 RB (Rec: 03/15/22 13:45 RB CGSEDPC139)
Active=>Discharge

Patient Safety/Precautions Start: 03/15/22 09:19
Status: Discharge
Text:
Freq:
Protocol:
Created 03/15/22 09:19 System (Rec: 03/15/22 09:19 System CGSEDPC131)
Edit Status 03/15/22 13:45 RB (Rec: 03/15/22 13:45 RB CGSEDPC139)
Active=>Discharge

Patient/Social History Assessment Start: 03/15/22 09:15
Status: Discharge
Freq:
Protocol:
Created 03/15/22 09:15 System (Rec: 03/15/22 09:15 System CGSEDPC131)
Document 03/15/22 09:34 RB (Rec: 03/15/22 09:35 RB CGSEDPC139)

E-cigarette/Vaping History
E-cigarette/Vaping History
Have You Used E-cigarettes or Vaping Products in the Past 90 Days? No

Social History
Tobacco History
Smoking Status Never smoker
Query Text:Heavy tobacco smoker >10 cigarettes per day
Light tobacco smoker <10 cigarettes per day
AUDIT-C For ETOH History
1. How Often Do You Have a Drink Containing Alcohol a. Never
Audit-C Score 0
Query Text:"The Audit-C is Scored on a Scale of 0-12.

Continued on Page 9

Case 1:25-cv-11197-FDS    Document 1-1    Filed 05/01/25    Page 63 of 101

Calibrante,Michael B
Sex: M 12/17/1957          Fac: Good Samaritan Medical Center    Loc:Emergency Dept    Med Rec Num:S0012013075    Visit:GW0546645452236
Bed: +

Page: 4

ED Interventions/Assessments/Treatments - Continued

**Fit Men, a score of 4 or more is
Considered Positive.
**Fit Women, a score of 3 or more is
Considered Positive.
Audit-C Result                         Negative
Query Text: *If Positive Audit-C, Add
High-Risk for Withdrawal Problem to Care
Plan. Complete the CIWA Assessment and
Notify the MD.
*When the points are all from question
#1 "How Often Do You Have a Drink
Containing Alcohol," it can be assumed
that the patient is drinking below
recommended limits and it is suggested
that the provider review the patient's
alcohol intake over the past few months
to confirm accuracy.

Non-Opioid Directive
Has the Pt Indicated Their Wishes        No
Regarding Non-Opioid Directives?
Query Text:*Document Yes ONLY if
patient Volunteers this information.
Domestic Abuse History
Do you feel safe in your current living   Yes
situation?
Are you being Verbally or Physically      No
Hurt or Threatened?
Spiritual/Religious/Cultural
Do you have any Spiritual/Religious       No
Needs?
Do You Have any Cultural Needs?           No
Sexual Orientation/Gender ID
Sexual Orientation/Gender ID
Current Sex                               Male
Entered: 03/15/22 10:45 PB  (Rec: 03/15/22 10:45 PB  C98PD90125)

Activity/Discharge

Sepsis Screening
Stat: 03/15/22 09:19
Freq: Q4H
Status: Discharge
Performed: 03/15/22 09:19 System  (Rec: 03/15/22 09:19 System  C98ETPC0121)
Created: 03/15/22 09:35 PB  (Rec: 03/15/22 09:35 PB  C98PD9C139)
Document:
Sepsis Screening
Level 1 - Infection
Protocol: *N.SEPSIS
Clinical Criteria Present:                 none
Query Text: *Please Indicate all
Suspected or Documented Infection
Criteria that apply to your patient.
Level 2 - SIRS
SIRS Criteria Present:                      None
Response
Sepsis Screen
Action Taken (Select All That Apply)       No Action Required
                                           No Positive SIRS

Continued on page 10

**Gullbrants,Michael F**
**Fac:** Good Samaritan Medical Center **Loc:**Emergency Dept **Bed:**-
64,M 12/19/1957 **Med Rec Num:**GS00173078 **Visit:**GX0066457235

ED Interventions/Assessments/Treatments - Continued

Query Text:On an Inpatient unit, if the
patient screens positive, the RN will
notify the LIP and initiate the Sepsis
inpatient RN MEC approved order set.
Following notification, the LIP will
assess the patient for any additional
treatment needs using the Sepsis
Protocol and Sepsis order sets.

Edit Status 03/19/22 13:45 RB (Rec: 03/19/22 13:45 RB CGSED9C139)
Active->Discharge

**User Key**

| Monogram | Mnemonic | Name | Credentials | Provider Type |
|---|---|---|---|---|
| LB | CGSLM002 | Badger-Orlani,Lynn | | Registered Nurse |
| RB | RB492 | Busche,Rebecca | RN | Registered Nurse |

**Good Samaritan Medical Center**

235 No Pearl St
Brockton, MA 02301

Orthopedic Consult Note
Signed

Patient: Gullbrants,Michael F
DOB: 12/19/1957
Age/Sex: 64 / M
Loc: ED GS  Room:
Attending Dr: William LaPlant MD

Medical Record#: GS00173075
Acct:GMC06457235
Admit/Reg Date: 03/15/22
Report Number: HIM0315-02057

**Surgical Consult HPI**
**Date of Encounter:** 03/15/22
**Referring Provider:** Allie Smith
**Chief complaint HPI:** Left knee injury
**History of Present Illness:**
I was called by the emergency department for an orthopedic Surgical Consultation for Michael F
Gullbrants.

64-year-old male seen and evaluated for left thumb injury. Patient is left-hand dominant.  He reports
he was using a table saw, cutting shook reports, this morning when he caught his left thumb in the
table saw.  He immediately presented to Good Samaritan Medical Center Emergency Department for
evaluation.  Patient is unsure if he had completely intact sensation at the distal tip of his left thumb
after injury.  However, at present he has had a finger block performed by the ED provider.  He
reports the pain is currently well controlled.  He denies any previous injury to left thumb.  He denies
any other orthopedic complaints.
**Home Medications:**

cephalexin 250 mg tablet 250 mg PO Q6H #28 tab 03/15/22 [Rx Last Taken Unknown]
oxycodone 5 mg tablet 5 mg PO Q6H PRN #10 tab 03/15/22 [Rx Last Taken Unknown]

**Allergies/Adverse Reactions:**

No Known Drug Allergies Allergy (Verified 03/15/22 09:19)

**Family/Social History**

**- Social History**
**Living Situation:** Private Home
**Smoking Status:** Never smoker
**1. How Often Do You Have a Drink Containing Alcohol:** a. Never
**Audit-C Score:** 0
**Audit-C Result:** Negative

**- SOGI**
**Current Sex:** Male

**Review of Systems**

Good Samaritan Medical Center
Patient name: Gullbrants,Michael F
Account #: GM0066457235

Report Number: HIM0315-32057
Medical Record #: GS00173075

**- Review of Systems**
All systems reviewed & no additional complaints except as documented

**Exam**
**Vital signs:**

| Temp | Pulse | Resp | BP | Pulse Ox |
|------|-------|------|-----|----------|
| 97.2 F L | 83 | 18 | 108/59 L | 98 |
| 03/15/22 09:20 | 03/15/22 10:27 | 03/15/22 10:27 | 03/15/22 10:27 | 03/15/22 10:27 |

**Narrative:**

Awake, alert, appropriate. In no acute distress. Nontoxic appearing. Pleasant and cooperative. Seated in upright position, soaking left hand, appears comfortable. Breathing is even and nonlabored on room air.

Focused orthopedic exam
Left hand:  Ragged, a regular extensive lacerations through the palmar pad of thumb, extending to the radial at distal tip of nail bed.  There is dusky appearance to the very distal tip of palmar thumb. No evidence of foreign body at wound base.  Patient able to demonstrate thumb flexion and extension.  However, there is somewhat limited flexion, though able to flex to roughly 60-70 degrees. No extensor lag.  EPL, FPL.  Unable to fully perform sensation assessment due to finger block performed by emergency room provider.  However, intact sensation throughout made remaining digits of the hand at the radial, ulnar, median nerve distributions.  Pulp of all fingers remained soft and nontender.  Free, full, painless range of motion through remaining digits of the hand.  Radial pulse 2 +.
**Body Mass Index (BMI):** 35.5
**Body Habitus:** obese
**General Appearance:** alert, cooperative, no acute distress

**Surgical Results**
**_ Other
Results:**

Admit/Reg Date: 03/15/22
Location: ED.GS/

Ordering Dr: Allie Smith, PAC
PCP: Blanchette,Brian MD
Date of Service: 03/15/22

Order (s): XR thumb LT min 2V
CPT Code: 73140
Reason for Exam: pain, table saw injury

Report Number: IMG0315-00497

LEFT THUMB, 3 VIEWS

CLINICAL INFORMATION PROVIDED: pain, table saw injury

COMPARISON: None available at the time of dictation

FINDINGS:

HIM 0315-02057

2 of 4

Good Samaritan Medical Center
Patient name: Gullbrants,Michael F
Account #: GM0066457235

Report Number: HIM0315-02057
Medical Record #: GS00173075

Comminuted fractures involving distal tip of the left thumb without associated soft tissue swelling and laceration.

No significant DJD is noted.

IMPRESSION.

See above report.

Dictated By: Steven Oh, MD  03/15/22 1001
Signed By: Oh,Steven MD 03/15/22 1032

**Surgical A&P**
**(1) Laceration of left thumb with damage to nail**
**Status: Acute**
**Assessment and Plan:**
Assessment:
1. Left thumb laceration with comminuted distal phalanx tuft fracture

Plan:  64-year-old male with left thumb laceration with comminuted distal phalanx tuft fracture secondary to table saw injury.  Imaging, diagnosis, prognosis, treatment options reviewed at length with the patient.  Given the irregularity of wound and duskiness at tip, discussed with patient concern for skin viability as well as nerve viability for sensation.  At this time, we are recommending that wounds copiously irrigated and cleaned.  Wound should attempt to be loosely approximated to any extent possible with sutures to promote any potential of skin viability.  Wounds were then dressed with Adaptic and bulky gauze dressing.  Ensure that patient's tetanus is up-to-date.  Administer 1 dose of IV antibiotics.  Patient should be discharged on oral course of antibiotics.  Continue with adequate pain control.

Patient to be seen by orthopedic hand specialist Dr. Jason Fanuele tomorrow, 03/16/2020 to, in the morning for further management of injury.  Patient is to call the office at 781-344-3535 to schedule the appointment.  Office is located at 15 Roche Bros Way, Ste 200, North Easton, MA.

Above assessment and plan reviewed with Dr. Fanuele who is in agreement.


**- Location and Group Information**
**Surgical encounter type:** Evaluation, no surgery planned
**SMG-billable encounter:** Yes
**Service location:** emergency room
**Provider group:** CGS ORTHO AND SPORTS

**- E&M Encounter Coding**
**ED services:** Level 3 99283
**Time-based billing attestation:**

**- Attestation**
**Attestation:** I have reviewed and updated the patient's past medical, social, and family history as necessary and have reviewed pertinent laboratory findings.
**Confirm PMH/FSH Attestation:** Yes
**Problem List Attestation Statement:** I have documented a relevant problem and problem plan for this visit.
**Resident/AP Confirm Problem:** Yes

HIM 0315-02057                                                3 of 4

Good Samaritan Medical Center
Patient name: Gullbrants,Michael F
Account#: GM0066457235

Report Number: HIM0315-02057
Medical Record#: GS00173075

**Resident/AP Problem List Check: Pass**

Dictated By: Igo, Kelsey E., PA
Signed By: Igo,Kelsey PAC 03/15/22 1347
          :Fanuele,Jason C MD 03/16/22 1010

DD/DT: 03/15/22 1205
TD/TT: 03/15/22 1205                    Transcriptionist: IGOKE

cc: FANJA1; IGOKE, LAPWI*

Igo, Kelsey E., PA; Jason C Fanuele, MD; William LaPlant, MD

HIM 0315-02057                                    4 of 4

*Northeast* Steward Health

Patient Order Summary

Page: 1 of 6
Date: 03/16/22 02:21
User: Rincha, Rebecca

GN0066457235  Gullbrants, Michael F
64/M                          ED Provider: Lafiant, William, MD      Location: Emergency Dept      Medical Record Number: GN00173075
                              Reason: Inj Lt Thumb                                                  Account Number: GN0068457299
                                                                                                   Registration: 03/15/22

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| X Ray | 220315-094943008 | Resulted | 03/15/22 09:49 | Smith, Allie, PAC | Smith, Allie, PAC |

XR thumb LT min 2V                                        Stat                          Order Source: Provider

Reason For Exam        pain, table saw injury

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 03/15/22 09:49 | Smith, Allie, PAC | CGSEDIC156 | Order is Entered and Signed | Y |
| 2 | 03/15/22 09:49 | Demon, Background | SHCS-BG39 | Status changed: | NA |
| | | | | New: Transmitted | |
| | | | | Old: Verified | |
| 3 | 03/15/22 09:50 | Demon, Background | SHCS-CN05 | Status changed: | NA |
| | | | | New: Logged | |
| | | | | Old: Transmitted | |
| 4 | 03/15/22 10:01 | | SHCS-CN04 | Status changed: | NA |
| | | | | New: Taken | |
| | | | | Old: Logged | |
| 5 | 03/15/22 10:06 | Demon, Background | SHCS-CN05 | Status changed: | NA |
| | | | | New: Resulted | |
| | | | | Old: Taken | |
| 6 | 03/15/22 10:32 | Rincha, Rebecca, RN | CGSEDIC136 | Order acknowledged | NA |

| Medications | 220315-094943077 | Completed | 03/15/22 09:49 | Smith, Allie, PAC | Smith, Allie, PAC |
|---|---|---|---|---|---|

Xylocaine 1%
Stop Reason: Reached Stop Date                                                           Order Source: Provider

Medication                          Dose                    Per
Lidocaine 1% [Xylocaine 1%]         25 MG

Route        Frequency       Sched    PRN Reason                Days  Hours  Total Doses        Clinical Indication
INFIL        ONCE            ONE
     Stop Date/Time: 03/15/22 09:50
     Discontinued: 03/15/22 09:50

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 03/15/22 09:49 | Smith, Allie, PAC | CGSEDIC156 | Order is Entered and Signed | Y |
| 2 | 03/15/22 09:49 | Demon, Background | SHCS-BG38 | Status changed: | NA |

Continued on Next Page

*Northeast* Steward Health     Patient Order Summary     **Page:** 2 of 6
**Date:** 03/16/22 03:21
**User:** Burcha,Rebecca

GW0066457235  Gullbrants,Michael R     Location:Emergency Dept     **Medical Record Number:** GS001731675
63/M     ED Provider: LaPlant,William. MD     **Account Number:** GW0096445P225
Reason: Req Lt Thumb     **Registration:** 03/15/22

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| | | | | New: Transmitted | |
| | | | | Old: Verified | |
| 3. | 03/15/22 09:50 | Reason,Background | SMCS-CMOS | Order Type edited: | Y |
| | | | | New: MED | |
| | | | | Old: | |
| 4. | 03/15/22 09:50 | Reason,Background | SMCS-CMOS | Status Changed: | HA |
| | | | | New: Phr Verified | |
| | | | | Old: Transmitted | |
| 5. | 03/15/22 09:50 | Reason,Background | SMCS-CMOS | Status changed: | Y |
| | | | | New: Completed | |
| | | | | Old: Phr Verified | |
| 6. | 03/15/22 09:52 | Burcha,Rebecca, RN | CGSEPTC114 | Order acknowledged | HA |

| Medications | 000315-024943060 | Completed | 03/15/22 09:49 | Smith,Allie, PAC | Smith,Allie, PAC |
|---|---|---|---|---|---|

Diph,Pertuss(Acell),Tet Vac/PF
Stop Reason: Reached Stop Date     Order Source: Provider

Medication     Dose     For
Diph,Pertuss(Acell),Tet Vac/PF     0.5 mL

| Route | Frequency | Sched | PRN Reason | Days Hours Total Doses | Clinical Indication |
|---|---|---|---|---|---|
| IM | .ONCE | ONE | | | |
| | Stop Date/Time: 03/15/22 09:50 | | | | |
| | Discontinued: 03/15/22 09:50 | | | | |

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 03/15/22 09:49 | Smith,Allie, PAC | CGSEDBC158 | Order is Entered and Signed | Y |
| 2 | 03/15/22 09:49 | Reason,Background | SMCS-MCSO | Status changed: | HA |
| | | | | New: Transmitted | |
| | | | | Old: Verified | |
| 3 | 03/15/22 09:50 | Reason,Background | SMCS-CMOS | Order Type edited: | Y |
| | | | | New: MED | |
| | | | | Old: | |
| 4 | 03/15/22 09:50 | Reason,Background | SMCS-CMOS | Status changed: | HA |
| | | | | New: Phr Verified | |
| | | | | Old: Transmitted | |

Continued on Next Page

*Northeast* Steward Health

Patient Order Summary

Page: 3 of 6
Date: 03/16/22 02:21
User: Buncho,Rebecca

GM0066457235 Gullbrants,Michael E
64/M
ED Provider: LaPlant,William, MD
Reason: Inj Lt Thumb
Location: Emergency Dept
Medical Record Number: GS00173075
Account Number: GM00066457235
Registration: 03/15/22

| Category | Order | Status | Start | Ord Provider | | Entered By |
|---|---|---|---|---|---|---|
| 5 | 03/15/22 09:50 | Daemon,Background | | SHCS-CM05 | Status changed: New: Completed Old: Pha Verified | Y |
| 6 | 03/15/22 09:59 | Busche,Rebecca, RN | | CGSEDPC114 | Order acknowledged | NA |
| Medications | 220315-100517815 | Completed | 03/15/22 10:04 | Smith,Allie, PAC | | Smith,Allie, PAC |

Tylenol
Stop Reason: Reached Stop Date
Order Source: Provider

| Medication | Dose | Per |
|---|---|---|
| Acetaminophen (Tylenol) | 975 MG | |

| Route | Frequency | Sched | PRN Reason | Days | Hours | Total Doses | Clinical Indication |
|---|---|---|---|---|---|---|---|
| PO | ONCE | ONE | | | | | |

Stop Date/Time: 03/15/22 10:05
Discontinued: 03/15/22 10:05

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 03/15/22 10:05 | Smith,Allie, PAC | CGSEDPC158 | Order: IS Entered and Signed | Y |
| 2 | 03/15/22 10:05 | Daemon,Background | SHCS-BG39 | Status changed: New: Transmitted Old: Verified | NA |
| 3 | 03/15/22 10:05 | Daemon,Background | SHCS-CM05 | Order Type edited: New: MED Old: | Y |
| 4 | 03/15/22 10:05 | Daemon,Background | SHCS-CM05 | Status changed: New: Pha Verified Old: Transmitted | NA |
| 5 | 03/15/22 10:05 | Daemon,Background | SHCS-CM05 | Status changed: New: Completed Old: Pha Verified | Y |
| 6 | 03/15/22 10:33 | Busche,Rebecca, RN | CGSEDPC139 | Order acknowledged | NA |

```
*Northeast* Steward Health                    Patient Order Summary                    Page: 4 of 6
                                                                                       Date: 03/15/22 02:21
                                                                                       User: Kusche,Rebecca.
GM0066457235  Gullbrants,Michael W              Location: Emergency Dept    Medical Record Number: GS00177075
64/M                        ED Provider: LaPlant,William, MD                    Account Number: GM0066457235
                            Reason: Inj Lt Thumb                               Registration: 03/15/22

Category      Order          Status       Chart           Ord Provider              Entered By
Medications   220315 1003011L5   Cancelled   03/15/22 10:08   LaPlant,William, MD.      LaPlant,William, MD
  Ancef                                                                          Order Source: Provider
    Stop Reason: REENTERED PREMIXED BAG & INCREASED TO 2 GRAM

Medication                      Dose                .Per
ceFAZolin [Ancef]               1 gm

    Route      Frequency        Sched    PRN Reason              Days Hours Total Doses    Clinical Indication:
    IV         ONCE             ONCE                                                       Bone/Joint Infection
      Stop Date/Time: 03/15/22 10:07

    Label Comments:  LOOK ALIKE; SOUND ALIKE

      Date & Time        User              Device          Event                        Acknowledged
    1  03/15/22 10:07    LaPlant,William, MD   CSSEDPC249      Order is Entered and Signed.  N
    2  03/15/22 10:07    Emraor,Background     SMCH-RG33       Status changed:               NA
                                                                 New: Transmitted
                                                                 Old: Verified
    3  03/15/22 10:07    Emraor,Background     SMCH CROS       Order Type edited:            N
                                                                 New: MED
                                                                 Old:
    4  03/15/22 10:07    Emraor,Background     SMCH-CROS       Status changed:               NA
                                                                 New: Eos Verified
                                                                 Old: Transmitted
    5  03/15/22 10:07    Emraor,Background     SMCH-CROS       Status changed:               N
                                                                 New: Completed
                                                                 Old: Eos Verified
    6  03/15/22 10:13    Morella,Julie         SMCH-CROS       Status changed:               N
                                                                 New: Cancelled
                                                                 Old: Completed

Medications   220315-1011333T7   Completed    03/17/22 10:15   LaPlant,William, MD       Morella,Julie
  Ancef                                                                          Order Source: RRT Approved Protocol
    Stop Reason: Reached Stop Date

Medication                      Dose                Per
Cefazolin/Dbw 2 Gm/50 Ml Iv     2 gm in 50 ML
Continued on Next Page
```

GM0066457235 Gullbrants,Michael F
64/M
ED Provider: LaPlant,William, MD
Reason: Inj Lt Thumb
Location: Emergency Dept
Medical Record Number: GS00173073
Account Number: GM0066457235
Registration: 03/15/22

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| [Anref] | | | | | |

QS Drug QS Volume Total Volume
50 ML

| Route | Frequency | Sched | PRN Reason | Days Hours | Total Vol to Infuse | Clinical Indication |
|---|---|---|---|---|---|---|
| IV | ONCE | ONS | | | | Bone/Joint Infection |

Rate: 100 MLS/HR
Stop Date/Time: 03/15/22 10:44
Discontinued: 03/15/22 10:44

Label Comments: LOOK ALIKE: SOUND ALIKE

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 03/15/22 10:11 | Mcnellis,Julie | SHCS-CH05 | Signature is Necessary | Y |
| 1 | 03/15/22 10:11 | Mcnellis,Julie | SHCS-CH05 | Order is Entered in Pharmacy | Y |
| 2 | 03/15/22 10:33 | Bunche,Rebecca, RN | CGSKDPC139 | Order acknowledged | NA |
| 3 | 03/15/22 10:45 | Insmer,Background | SHCS-CH05 | Status changed: New: Completed Old: Pha Verified | N |
| 4 | 03/15/22 11:16 | LaPlant,William, MD | SHCS-5G39 | Order is Signed by LaPlant,William, MD | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medications | 220315-111055353 | Completed | 03/15/22 11:10 | Smith,Allie, PAC | Smith,Allie, PAC |

Morphine Inj
Stop Reason: Reached Stop Date
Order Source: Provider

| Medication | Dose | Per |
|---|---|---|
| Morphine Inj | 4 MG | |

| Route | Frequency | Sched | PRN Reason | Days Hours | Total Doses | Clinical Indication |
|---|---|---|---|---|---|---|
| IV | ONCE | ONS | | | | |

Stop Date/Time: 03/15/22 11:11
Discontinued: 03/15/22 11:11

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 03/15/22 11:10 | Smith,Allie, PAC | CGSKDPC155 | Order is Entered and Signed | Y |
| 2 | 03/15/22 11:11 | Insmer,Background | SHCS-5G39 | Status changed: | NA |

Continued on Next Page

| *Northeast* Steward Health | | | | Patient Order Summary | | | Page: 6 of 6 | |
| | | | | | | | Date: 03/16/22 02:41 | |
| | | | | | | | User: Pusche,Rebecca | |

GW0066457235  Gullbrants,Michael F          Location: Emergency Dept          Medical Record Number: GW00173075
44/M                    ED Provider: LaPlant,William  MD                                  Account Number: GW00066457235
                        Reason: Inj Lt Thumb                                              Registration: 03/15/22

| Category | Order | Status | Start | Ord Provider | | Entered By |
|---|---|---|---|---|---|---|
| | | | | New: Transmitted | | |
| | | | | Old: Verified | | |
| 3 | 03/15/22 11:11 | Frozen,Background | SM*S-CH05 | Order Type edited: | | Y |
| 4 | 03/15/22 11:11 | Frozen,Background | SM*S-CH03 | New: MOD | | BA |
| | | | | Old: | | |
| | | | | Status changed: | | |
| | | | | New: Plan Verified | | |
| 5 | 03/15/22 11:11 | Frozen,Background | SM*S-CH03 | Old: Transmitted | | Y |
| | | | | Status changed: | | |
| | | | | New: Completed | | |
| 6 | 03/15/22 11:14 | Pusche,Rebecca, RN | /COSEDTC114 | Old: Plan Verified | | BA |
| | | | | Order acknowledged: | | |

PAGE 1                Northeast Steward Health - SHC                        USER: PHARKJOB
                    Medication Administration Summary                    DATE: 03/16/22 @ 0027

| Patient: Collibania Michael F. | | Responsible Doctor William LaPlant, MD | |
|---|---|---|---|
| Account Number GM006645723S | Unit Number GS001730975 | Registered Date 03/15/22 | |
| Age/Sex 64/M | Location ED-CG | Bed | Discharged Date |
| Status | Room | | |
| | DEP ER | | |

| Height | 6 ft | in 182.88 cm | Body Surface Area 2.39 m2 |
|---|---|---|---|
| Weight | 262 lb | oz 118.841 kg | |

Drug Allergies   No Known Drug Allergies (No Known Drug Allergies)

ADRS Not Recorded

Creatinine Test Results

LABORATORY

| Date | Time Test | Result | Flag Normal Range |
|---|---|---|---|
| 02/10/22 | 1147 Creat | 8 0 | 0.6-1.4 mg/dL |

Pregnant HOV

Breastfeeding/Pumping Breast Milk for Infant Consumption

TETANUS, DIPHTHERIA, (ACEL) PERTUSSIS 0.5 ML INJ
(0.5 ML)
Dose       0.5 ML (1 INJECTION)
Admin Route IM
Frequency    ONCE (ONE)
Start Date 03/15/22-0949    Stop Date 03/15/22 0950    DC Date 03/15/22-0950
Ordering Doctor    Allie Smith, PAC
Total Dispensed    1    Total Costs $0.00    Total Charges $159.16
Rx Number GS024865611

Discontinue Comments Reached Stop Date

| Admin Date  Time User | Given Bag Reason Code | Items | Charge |
|---|---|---|---|
| 03/15/22 0955 RR492 | Y | 1 | 159.16 |
| (03/15/22) (0949) Dose: 0.5 ML TM | | | |

| Admin Totals | 1 | 159.16 |
|---|---|---|

History

```
DATE: 03/16/22 @ 0027        Northeast Steward Health - SHC              PAGE 2
USER: PEABKGJOB              Medication Administration Summary
```

```
Patient   Guilbrants,Michael F         Responsible Doctor William LaPlant, MD
Account Number GM0066457235   Location  ED/GS         Unit Number    GS00173075
Age/Sex        64/M           Room                    Registered Date 03/15/22
Status         DEP ER         Bed                     Discharged Date
```

```
Guilbrants,Michael F          GM0066457235                  (Continued)
```

ceFAZolin/D5W 2 GM/50 ML PREMIX IV  (50 ML)
    (ANCEF)


Admin Route IV
Site
Volume     50              Rate 100 MLS/HR           Duration 30 MIN
Frequency   ONCE (ONE)
Start Date  03/15/22-1015        Stop Date 03/15/22 1044    DC Date 03/15/22-1044
Ordering Doctor    William LaPlant, MD
Clinical Indication BONE/JOINT INFECTION
Last Bag    1
Total Dispensed     1         Total Costs $0.00         Total Charges $42.14
Rx Number   GS02485674
Label Comments: LOOK ALIKE: SOUND ALIKE

Discontinue Comments Reached Stop Date

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|------------|------|------|-------|-----|-------------|-------|--------|
| 03/15/22   | 1029 | RB492 | Y |  |  | 1 | 42.14 |
| (03/15/22) | (1015) Rate: 100 MLS/HR |  |  |  |  |  |  |

| | | | | Admin Totals | | 1 | 42.14 |

Titrations:
| Date-Time | Action | Rate | Dose Rate | User |
|-----------|--------|------|-----------|------|
| 03/15/22-1015 | Started | 100 MLS/HR |  | RB492 |

History

```
DATE: 03/16/22 @ 0027          Northeast Steward Health - SHC                    PAGE 3
USER: PEABKGJOB                Medication Administration Summary
```

```
Patient    Gullbrants,Michael F         Responsible Doctor William LaPlant, MD
Account Number GM0066457235   Location  ED.GS         Unit Number    GS00173075
Age/Sex        64/M           Room                    Registered Date 03/15/22
Status         DEP ER         Bed                     Discharged Date
```

```
Gullbrants,Michael F              GM0066457235                    (Continued)
```

```
LIDOCAINE 1% 20 ML INJ  (20 ML)
    (XYLOCAINE 1%)


Dose         20 ML  (1 INJECTION)
Admin Route  INFIL
Frequency    ONCE (ONE)
Start Date   03/15/22-0949      Stop Date 03/15/22 0950     DC Date 03/15/22-0950
Ordering Doctor    Allie Smith, PAC
Total Dispensed    1         Total Costs $0.00          Total Charges $14.65
Rx Number    GS02485610

Discontinue Comments Reached Stop Date
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 03/15/22 | 0959 | PB492 | Y | | | 1 | 14.65 |
| (03/15/22) | (0949) | Dose: 20 ML | | | | | |
| | | | | | | | |
| Admin Totals | | | | | | 1 | 14.65 |

```
History
```

```
DATE: 03/16/22 @ 0027          Northeast Steward Health - SHC               PAGE 4
USER: PEABKGJOB               Medication Administration Summary
```

```
Patient   Gullbrants Michael F          Responsible Doctor William LaPlant, MD
Account Number GM0066457235    Location   ED GS          Unit Number   GS00173075
Age/Sex        64/M            Room                       Registered Date 03/15/22
Status         DEP ER          Bed                        Discharged Date
```

```
Gullbrants Michael F            GM0066457235             (Continued)
```

ACETAMINOPHEN 325 MG TABLET   (975 MG)
   (TylenoL)

```
Dose           975 MG  (3 TABLETS)
Admin Route PO
Frequency   ONCE (ONE)
Start Date   03/15/22-1004        Stop Date 03/15/22 1005    DC Date 03/15/22-1005
Ordering Doctor    Allie Smith, PAC
Total Dispensed    3             Total Costs $0.00           Total Charges $6.00
Rx Number   GS02485660
```

Discontinue Comments Reached Stop Date

| Admin Date | Time | User | Given Bag Reason Code | Items | Charge |
|---|---|---|---|---|---|
| 03/15/22 | 1029 | EB492 | Y | 3 | 6.00 |
| (03/15/22) (1004) Dose: 975 MG | | | | | |
| | | | | | |
| Admin Totals | | | | 3 | 6.00 |

History

ceFAZolin 1 GM INJ   (1 GM)
   (ANCEF)

```
Dose           1 GM  (1 INJECTION)
Admin Route IV
Frequency   ONCE (ONE)
Start Date   03/15/22-1006        Stop Date 03/15/22 1007    DC Date 03/15/22-1007
Ordering Doctor    William LaPlant, MD
Clinical Indication BONE/JOINT INFECTION
Total Dispensed    0             Total Costs $           Total Charges $
Rx Number   GS02485664
Label Comments: LOOK ALIKE; SOUND ALIKE
```

History

```
DATE: 03/16/22 @ 0027          Northeast Steward Health - SHC                    PAGE 6
USER: PHABKGJOB                Medication Administration Summary

Patient   Gullbrants,Michael F      Responsible Doctor William LaPlant, MD
Account Number GM0066457235    Location   ED,GS        Unit Number    GS00173075
Age/Sex       64/M             Room                    Registered Date 03/15/22
Status        DEP ER           Bed                     Discharged Date

Gullbrants,Michael F              GM0066457235                      (Continued)


MORPHINE 4 MG/ML INJ  (4 MG)


   Dose        4 MG  (1 ML)
   Admin Route IV
   Frequency   ONCE (ONE)
   Start Date  03/15/22-1110     Stop Date 03/15/22 1111   DC Date 03/15/22-1111
   Ordering Doctor    Allie Smith, PAC
   Total Dispensed    1          Total Costs $0.00         Total Charges $6.44
   Rx Number    GS02485821

   Discontinue Comments Reached Stop Date


Admin Date  Time User      Given Bag Reason Code          Items        Charge
03/15/22    1115 RB492       Y                              1           6.44
(03/15/22) (1110) Dose: 4 MG


   Admin Totals                                             1           6.44


   History

This is the end of the MAR Summary for Patient: GM0066457235 - Gullbrants,Michael F.
```

03/16/22

**MEDICATION DISCHARGE SUMMARY**

| | | | |
|---|---|---|---|
| Name | [illegible] [illegible] | Admit Date | Age 64 |
| Unit Num | 6300173075 | Discharge Date | Sex M |
| Account Num | [illegible] | Status [illegible] DEP ER | |
| Allergies | No Known Drug Allergies | | |

[illegible]
CV69:[illegible] 03/16/22
[illegible]

XYLOCAINE 1% (LIDOCAINE 1% 20 ML INJ)
20 ML INFIL ONCE/ONE
RX #: [illegible]

|03/15/22| 0349 [illegible] at 0359 GAVE: 20 ML
|03/15/22| Barcode Medication, Xylocaine 1%
| | NDC/DIN: [illegible] ([illegible])
| | DC 0553 [illegible]
| | ACK 0359 [illegible]

TETANUS, DIPHTHERIA, (ACELL) PERTUSSIS 0.5 ML INJ (TETANUS, DIPHTHERIA, (ACELL) PERTUSSIS
0.5 ML IM ONCE/ONE
RX #: [illegible]

|03/15/22| 0949 [illegible] at 0955 GAVE: 0.5 ML
|03/15/22| IMMUNIZATION DATA
| | COMPONENT [illegible]
| | Tdap [illegible]
| | DOSE UNITS INJ SITE MANUF LOT NUMBER MANUF EXPIRATION DATE
| | 0.5 ML RT U7107AA 09/25/23
| | INFORMED CONSENT
| | VIS PUBLICATION DATE [illegible]
| | ASSOCIATED EVENT
| | Barcode Medication
| | NDC/DIN: [illegible] ([illegible])
| | Admin Queries
| | IMM.COVERAGE: [illegible] IMM.FINANCIAL: [illegible] IMM.RACE: [illegible]
| | DC 0553 [illegible]
| | ACK 0959 [illegible]

Tylenol (ACETAMINOPHEN 325 MG TABLET)
975 MG PO ONCE/ONE
RX #: [illegible]

|03/15/22| 1004 [illegible] at 1020 GAVE: 975 MG
|03/15/22| Barcode Medication, Tylenol
| | NDC/DIN: [illegible] ([illegible] Default [illegible])
| | Admin Queries
| | Pain Location: Left Chest Medication Administered for Pain: Y
| | (Non Calculating) Pain Intensity (1-10): 7 Type of Pain Assessment: 1 Pain Assessment Goal:
| | 0 Pain Present: Y Pain Scale Used: Y
| | DC 1105 [illegible]
| | ACK 1033 [illegible]

*** Continued on Page 2 ***

This document is part of the legal medical record.

DATE: 03/16/22 N CST
USER: PHARMACON

Northeast Steward Health - EST
Medication Discharge Summary Report
PAGE 2

03/16/22

Medication Discharge Summary

Name: Callbrecht,Michael P                    Unit #: RRR37RDYX                    Account #: GRG06457YPX

| ADMINISTRATION PERIOD | START | |
|---|---|---|

AMIKE (Cephapirin 1 in 2ml)
1 GM IV once/one                              03/15/22| CC 1197  PHARRDSON
Ondansetron: LOOK-ALIKE; SOUND ALIKE         03/15/22| CC4 1015  FDR3379B
RX #: GRG3161601

AMILE 50 ML
   (with Colin/D5W 2 GM/50 ML Premix IV)      03/15/22| AMIKE-1021  GUARDASZ
500 MLS/HR IV once/one                        03/15/22| 3015 R8488 at 1025 GAVE: 150 MLS/HR
Standard: LOOK ALIKE; SOUND ALIKE                      |        Execute Medicinal: ACCEP
RX #: GRG3161674                                       |        ADD/DISP: SUZG4130511 (COMPLEX: Default RDTS)
                                                       |        Admin Carrier
                                                       |        Increase/Decrease: Started  Infusion Rate: 100
                                                       | INFUSION INFO RATES: Started, Emax Rate: , Rate: 150 MLS/HR
                                                       |        Inject: , Cumulary Inject: , Cumulative Volume: , Vlot.
                                                       |        Syringe:
                                                       |        Increase/Decrease: Started  Infusion Rate: 100
                                                       | ACK 1825  R2428
                                                       | PC 1147  PHARRDSON

MORPHINE 4 MG/ML INJ (MORPHINE 4 MG/ML INJ)
4 MG IV once/one                              03/15/22| 1150 R2402 at 1115 GAVE: 4 MG
RX #: GRG3161713                              03/15/22|        Execute Medication:
                                                       |        ADD/DISP: 63333-0468 (BOLUS: GREP)
                                                       |        Admin Carrier
                                                       |        Pain Location: Info then  Medication Administered for Pain: "
                                                       |        When Calculating: Pain Intensity 11-101: 0  Type Of Pain Assessment: 1  Pain Management Goal:
                                                       |          0  Pain Percent: Y  Pain Scale Used: 1
                                                       | PC 1111  PHARRDSON
                                                       | ACK 1116  R2431

*** Continued on Page 3 ***
This document is part of the legal medical record.

RUN: 03/16/22 @ 0027 [illegible]
[illegible]

Medication Discharge [illegible] Report

Page 3

03/16/22

Medication Discharge Summary

Name [illegible], Michael P  Unit Num [illegible]  Account Num [illegible]

[illegible]

Activity Codes
ACK - Acknowledged Order
CNL - Cancel
DC - Discontinue
ENTER - Order Entry
INFUSION - Infusion in Progress

Reason Codes

Site Codes

Administered By

| User | User Name/Type | User | User Name/Type | User | User Name/Type | User | User Name/Type |
|---|---|---|---|---|---|---|---|
| [illegible] | [illegible], RN | | | | | | |

Pharmacy

| User | User Name | User | User Name | User | User Name | User | User Name |
|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | | | | | | |

Allergy History

| Date | Time User Name | Entered | Type | Allergy |
|---|---|---|---|---|
| 04/30/10 1528 | | | New | No Known Allergies |
| | Type: Allergy | | | |
| | Status: Unverified | [illegible] | | |
| 06/14/20 [illegible] | | | Confirm | No Known Allergies |
| 09/15/21 [illegible] | | | Confirm | No Known Allergies |
| 03/15/22 [illegible] [illegible] | | PDM | New | No Known Drug Allergies |
| | Type: Allergy | | | |
| | Status: Verified | 03/15/22 [illegible] | | |
| 03/15/22 [illegible] [illegible] | | PDM | New | No Known Drug Allergies |
| | Type: Allergy | | | |
| | Status: Verified | 03/15/22 [illegible] | | |
| 03/15/22 [illegible] [illegible] | | PDM | Delete | No Known Allergies |
| | Type: Allergy | | | |
| | Status: Unverified | 03/15/22 [illegible] | | |
| 03/15/22 [illegible] [illegible] | | [illegible] | Acknowledge | |
| | [illegible] | | | |
| | User acknowledged allergy record in [illegible]. | | | |

Printed by [illegible] 03/16/22 0027
This document is part of the legal medical record.

**Good Samaritan Medical Center**

Steward Health Care
235 No Pearl St
Brockton, MA 02301
508-427-3000

Patient Name: Gullbrants,Michael F.
Address: 8 HUNNINGTON AVE
City/State/Zip: Brockton, MA 02301
Phone: (508)958-9784

DOB/Age/Sex: 12/19/1957/64/M

Admit/Reg Date: 03/15/22
Location: ED.GS/

Medical Record#: GS00173075

Account#: GMO066457235
Attending Dr: William LaPlant MD

Insurance: Blue Cross (Out of State) PPO
            Medicare A

Ordering Dr: Allie Smith, PAC
PCP: Blanchette,Brian MD
Date of Service: 03/15/22

Order (s): XR thumb LT min 2V
CPT Code: 73140
Reason for Exam: pain, table saw injury

Report Number: IMG0315-00497

LEFT THUMB, 3 VIEWS

CLINICAL INFORMATION PROVIDED: pain, table saw injury.

COMPARISON: None available at the time of dictation

FINDINGS:

Comminuted fractures involving distal tip of the left thumb without associated soft tissue swelling and laceration.

No significant DJD is noted

IMPRESSION:

See above report

Dictated By: Steven Oh, MD  03/15/22 1001
Signed By: Oh,Steven MD 03/15/22 1002

TD/TT: 03/15/22 1001        Tech: CGSLNS11

Good Samaritan Medical Center
Patient name: Gullbrants,Michael F
Account #: GM0066457235

Report Number: IMG0315-00497
Medical Record#: GS00173075

cc: BLABR; LAPWI; SHEAL4*

Allie Smith, PAC; Brian Blanchette, MD; William LaPlant, MD

PCF Review Report                    Page: 1
                                     Date: 03/16/22 09:17

Gallbrants,Michael F
Fac: Good Samaritan Medical Center    Loc:Emergency Dept
64 M ID:12/19/1957                    Body:
    Attending:                        Med Rec Num:3800173034    Visit:99000452219
    Reason:Inj Lt Thumb               Reg Date:03/15/22

## PCS Discharge Summary

**03/15/22 09:15**
ED Paramedic Triage                              Start: 03/15/22 09:15
Freq:                                            Status: Discharge
Protocol: E.ESI
Created    System  (Rec: 03/15/22 09:15  System  CSSEDPC1R6)
ED Triage Assessment                             Start: 03/15/22 09:15
Freq: E.ESI                                       Status: Discharge
Protocol: E.ESI
Created    System  (Rec: 03/15/22 09:15  System  CSSEDPC1R6)
Patient/Social History Assessment                Start: 03/15/22 09:15
Freq:                                            Status: Discharge
Protocol:
Created    System  (Rec: 03/15/22 09:15  System  CSSEDPC1R6)
COVID-19 Initial Assessment                      Start: 03/15/22 09:15
Freq:                                            Status: Discharge
Protocol: ED.COVID19
Created    System  (Rec: 03/15/22 09:15  System  CSSEDPC1R6)
COVID-19 Vaccine Assessment                      Start: 03/15/22 09:15
Freq:                                            Status: Discharge
Protocol:
Created    System  (Rec: 03/15/22 09:15  System  CSSEDPC1R6)
ED Disposition Documentation                     Start: 03/15/22 09:15
Freq:                                            Status: Discharge
Protocol:
Created    System  (Rec: 03/15/22 09:15  System  CSSEDPC1R6)

**03/15/22 09:19**
Patient Safety/Precautions                       Start: 03/15/22 09:19
Text:                                            Status: Discharge
Freq:
Protocol:
Created    System  (Rec: 03/15/22 09:19  System  CSSEDPC1R1)
ED Wound/Laceration Assessment                   Start: 03/15/22 09:19
Freq:                                            Status: Discharge
Protocol:
Created    System  (Rec: 03/15/22 09:19  System  CSSEDPC1R1)
Columbia Suicide Risk Rating Scale               Start: 03/15/22 09:19
Freq: .ASM/PRN                                   Status: Discharge
Protocol:
Created    System  (Rec: 03/15/22 09:19  System  CSSEDPC1R1)
Fall Risk Assessment Tool-John Hopkins           Start: 03/15/22 09:19
Freq: Q4H                                         Status: Discharge
Protocol:
Created    System  (Rec: 03/15/22 09:19  System  CSSEDPC1R1)
Weight/Height Assessment                         Start: 03/15/22 09:19
Text:                                            Status: Discharge
Freq:
Protocol:

Continued on Page 2
Legal Medical Record

---

Gallbrants,Michael F                                         Page: 2
Fac: Good Samaritan Medical Center    Loc:Emergency Dept
64 M ID:12/19/1957                    Body:
    Med Rec Num:3800173034            Visit:99000452219
Created    System  (Rec: 03/15/22 09:19  System  CSSEDPC1R1)
ED Vital Signs/Program Units                     Start: 03/15/22 09:19
Freq:                                            Status: Discharge
Protocol:
Created    System  (Rec: 03/15/22 09:19  System  CSSEDPC1R1)
Pain Assessment                                  Start: 03/15/22 09:19
Text:                                            Status: Discharge
Freq:
Protocol: E.PAIN
Created    System  (Rec: 03/15/22 09:19  System  CSSEDPC1R1)
IV/Invasive Line Status                          Start: 03/15/22 09:19
Text:                                            Status: Discharge
Freq:
Protocol:
Created    System  (Rec: 03/15/22 09:19  System  CSSEDPC1R1)
IV/Invasive Line Insert/Remove                   Start: 03/15/22 09:19
Freq:                                            Status: Discharge
Protocol:
Created    System  (Rec: 03/15/22 09:19  System  CSSEDPC1R1)
Intake and Output                                Start: 03/15/22 09:19
Text:                                            Status: Discharge
Freq:
Protocol:
Created    System  (Rec: 03/15/22 09:19  System  CSSEDPC1R1)
Critical Value Reporting & Notifications         Start: 03/15/22 09:19
Freq:                                            Status: Discharge
Protocol:
Created    System  (Rec: 03/15/22 09:19  System  CSSEDPC1R1)
Nursing Swallow Screen                           Start: 03/15/22 09:19
Freq:                                            Status: Discharge
Protocol:
Created    System  (Rec: 03/15/22 09:19  System  CSSEDPC1R1)
Sepsis Screening                                 Start: 03/15/22 09:19
Freq: Q4H                                         Status: Discharge
Protocol:
Created    System  (Rec: 03/15/22 09:19  System  CSSEDPC1R1)
Patient Care/ADL's/Activity                      Start: 03/15/22 09:19
Freq:                                            Status: Discharge
Protocol:
Created    System  (Rec: 03/15/22 09:19  System  CSSEDPC1R1)

**03/15/22 09:30**
ED Triage Assessment                             Start: 03/15/22 09:19
Freq:                                            Status: Discharge
Protocol: E.ESI
Document    LB  (Rec: 03/15/22 09:22  LB  CSSEDPC1R1)
Arrival
    Arrival
    Mode of Arrival                              Walk-in
Telephone/Video Interpretation
    Interpreter Required
        Interpreter Required                     No
        Query Text:Please utilize the My Steward
        Interpreter/Disability Request Portal
        or use Phone/Video

Continued on Page 3
Legal Medical Record

Page: 1

**Gullbrants,Michael F**
Fac: Good Samaritan Medical Center    Loc:Emergency Dept    Bed:-
65 M 12/19/1957    Med Rec Num:950013373s    Visit:950064413335

Triage Note
    Type
    ED Triage Note    loc left thumb on table saw
    this morning

ED Vital Signs with Sepsis
    Sepsis Indicators
    Protocol: E.SEPSIS
    Clinical Criteria Present    None
    Query Phob:**Please indicate all
    Suspected or Documented Infection
    Criteria that apply to your patient.
    Temperature
    Temperature (97.6 F-99.6 F)    97.2 F L
    Source    Temporal Artery Scan
    Pulse
    Pulse or Dysrhee
    Pulse Rate (60-99 beats/min)    92.N
    Respiratory
    Respiratory Rate (12-24 breaths/min)    13
    Oxygen Delivery
    Pulse Oximetry (95-100 %)-    99
    Oxygen Delivery Method    Room Air
    Blood Pressure
    Right Arm
    Blood Pressure (90/60-140/90 mmHg)    130/86
    Mean Arm BP)    103
    Sepsis Screen
    Sepsis Screen    No Definite Risk
    Action Taken (Select All That Apply)    No Action Required
    Query Text:In the ED if the patient
    actions positive for sepsis, the RN will
    notify the ED LIP and initiate the
    Sepsis ED RN PRE Approved Order Set
    Following notification, the LIP will
    assess the patient for any additional
    treatment needs using the Sepsis
    Protocol and Sepsis order sets.
    Pain
    Pain
    Protocol: E.PAIN
    Left Finger
    Pain Score-    8
    Triage
    Height/Weight/BMI
    Height    1.83.m
    Weight (Measurement Method)    119.748 kg
    Weight (Measurement Method)    Estimated by Patient
    Body Mass Index (BMI)    35.5
    Glasgow Coma Scale
    Eye Opening    Spontaneous
    Motor Response    Obeys commands
    Verbal Response    Oriented
    Glasgow Coma Scale Total    15
    Columbia Suicide Severity

Continued on Page 4
Legal Medical Record

---

Page: 2

**Gullbrants,Michael F**
Fac: Good Samaritan Medical Center    Loc:Emergency Dept    Bed:-
65 M 12/19/1957    Med Rec Num:950013373s    Visit:950064413335

Suicide Rating Scale
    1. Wish to be Dead (Past Month)    No
    Query Text:Ask: "Have you wished you
    were dead or wished you could go to
    sleep and not wake up?"
    2. Suicidal Thoughts (Past Month)    No - Expand on Question 6
    Query Text:Ask: "Have you actually had
    any thoughts of killing yourself?"
    General nonspecific thoughts of wanting
    to end one's life/commit suicide. "I"
    ve thought about killing myself" without
    general thoughts of ways to kill
    oneself/associated methods, intent, or
    plan.
    3. Suicidal Behavior Question (Past    No
    Month)
    Query Text:Ask: "Have you ever done
    anything, started to do anything, or
    prepared to do anything to end your life
    ?"
    Examples: Collected pills, obtained a
    gun, gave away valuables, wrote a will
    or suicide note, took out pills but didn
    't swallow any, held a gun but changed
    your mind or it was grabbed from your
    hand, went to the roof but didn't jump;
    or actually took pills, tried to shoot
    yourself, cut yourself, or hang yourself
    , etc.
    Other Risk Factors
    Other Risk Factors Not Identified by    No
    Suicide Screening that put the Patient
    at HIGH RISK
    Suicide Risk
    Suicide Risk    Low
    ESI Level
    ESI Level
    Protocol: E.ESI
    ED ESI Level (Level)    3
COVID-19 Initial Assessment    Start: 03/15/23 09:16
Temp    Status: Discharge
    Protocol: ED.COVID19
    Document    in (Doc) 03/15/23 09:22 LW C4P909N23IJ;
    COVID-19 Initial Screening
    COVID 19 Initial Screen
    Has the patient screened positive for    N
    COVID-19 symptoms?
    Has the patient been exposed to others    N
    with a COVID infection in the past 5
    days?
    Has the patient been diagnosed with    N
    COVID within the past 5 days?
COVID-19 Vaccine Assessment    Start: 03/15/23 09:16
Temp    Status: Discharge

Continued on Page 4
Legal Medical Record

**Left page:**

| Gullbrants,Michael F | | Page: 3 |
|---|---|---|

Fac: Good Samaritan Medical Center    Loc:Emergency Dept
dd M:12/19/1957    Bed:-
Med Rec Num:55/0177976    Visit:GE006643/2376
Freq:
Protocol:
Document    LB  (Rec: 03/15/22 09:22  LB  COSEXPC191)
COVID-19 Vaccine Screening Assessment
   Have you received the COVID-19 vaccine?
   Have you received the COVID-19 vaccine?    Yes
   Which vaccine did you receive?    Moderna
   Number of COVID-19 Doses Received    Two
   Has it been greater than 2 weeks since    Yes
      your last vaccine?

03/15/22 09:36
Patient Social History Assessment    Starts: 03/15/22 09:16
Freq:    Status: Discharge
Protocol:
Document    RR  (Rec: 03/15/22 09:35  RR  COSEXPC191)
E-cigarette/Vaping History
   E-cigarette/Vaping History
   Have You Used E-cigarettes or Vaping    No
   Products in the Past 90 Days?
Social History
   Tobacco History
   Smoking Status    Never smoker
   Query Text:Heavy tobacco smoker >10
   cigarettes per day
   Light tobacco smoker <10 cigarettes per
   day
   AUDIT-C For ETOH History
   1. How Often Do You Have a Drink    a. Never
   Containing Alcohol
   Audit-C Score    0
   Query Text:**The Audit-C is Scored on a
   Scale of 0-12.
   **In Men, a Score of 4 or More is
   Considered Positive.
   **In Women, a Score of 3 or More is
   Considered Positive.
   Audit-C Result    Negative
   Query Text:**If Positive Audit-C, And
   High Risk for Withdrawal Problem to Care
   Plan, Complete the CIWA Assessment and
   Notify the MD.
   **When the points are all from question
   #1 "How Often Do You Have a Drink
   Containing Alcohol", it can be assumed
   that the patient is drinking below
   recommended limits and it is suggested
   that the provider review the patient's
   alcohol intake over the past few months
   to confirm accuracy.
   Non-Opioid Directive
   Has the Pt Indicated Their Wishes    No
   Regarding Non-Opioid Directive?
   Query Text:**Document Yes ONLY If
   patient volunteers this information.
                        Continued on Page 6
                        Legal Medical Record

**Right page:**

| Gullbrants,Michael F | | Page: 4 |
|---|---|---|

Fac: Good Samaritan Medical Center    Loc:Emergency Dept
dd M:12/19/1957    Bed:-
Med Rec Num:55/0177976    Visit:GE006643/2376
Domestic Abuse History
   Do you feel safe in your current living    Yes
   situation?
   Are you being Verbally or Physically    No
   Hurt or Threatened?
Spiritual/Religious/Cultural
   Do You have Any Spiritual/Religious    No
   Needs?
   Do You have Any Cultural Needs?    No
Sexual Orientation/Gender ID
   Sexual Orientation/Gender ID
   Current Sex    Male

ED Wound/Laceration Assessment    Starts: 03/15/22 09:19
Freq:    Status: Discharge
Protocol:
Document    RR  (Rec: 03/15/22 04:35  RR  COSEXPC191)
Wound/Laceration Assessment
   Complaint Information
      Onset    Acute
      Location of Incident    Home
      Place    Home
      Context    Accidental
   Wound/Laceration Assessment Comment
      Comment
      Wound/Laceration Assessment Comment (CX    Left thumb laceration.
      )

Columbia Suicide Risk Rating Scale    Starts: 03/15/22 09:19
Freq: .PRN/720    Status: Discharge
Protocol:
Document    RR  (Rec: 03/15/22 04:35  RR  COSEXPC191)
Columbia Suicide Severity
   Triage Assessment
   Suicide Scale Completed in ED Triage    Yes
   Assessment

Fall Risk Assessment Tool-John Hopkins    Starts: 03/15/22 09:19
Freq: .ONE    Status: Discharge
Protocol:
Document    LB  (Rec: 03/15/22 09:35  RR  COSEXPC191)
Johns Hopkins Fall Risk Assessment
   Compl Assess if No Fall Risk Box Above
   Patient Age
   Protocol: M.JHFAGE
   Patient Age    60-69 Years (1)
   Fall History
   Protocol: M.JHFHX
   Fall History    No Fall Last 6 Months (0)
   Elimination, Bowel, Urine
   Protocol: M.JHFELM
   Elimination, Bowel and Urine    No Incont/Urgency/Freq(0)
   Medications
   Protocol: M.JHFMED
   Medications    None (0)
   Query Text:Include PCA/ Opiates, Anti-
   convulsants, Anti-Hypertensives,
                        Continued on Page 7
                        Legal Medical Record

**Left page:**

Gullbrants,Michael F
Page: 7
Fac: Good Samaritan Medical Center    Loc:Emergency Dept    Reg:-
61 M 12/19/1957    Med Rec Num:55,031?1?5    Bed:-
                                                         Visit:GS00068451235

    Diuretics, hypnotics, laxatives,
    Sedatives, and Psychotropics.
Patient Care Equipment
Protocol: N.SEFALLP
    Patient Care Equipment                      None (0)
        Query Text:Any equipment that tethers
        the patient (IV infusion, Chest Tube,
        Indwelling Catheter, SCDs, etc.)
Mobility
Protocol: N.SEFALLP
    Requires Assistance or Supervision          No (0)
        Query Text:Requires Assistance or
        supervision for mobility, transfer or
        ambulation.
    Unsteady Gait                               No (0)
    Visual or Auditory Impairment Affecting     No (0)
        Mobility
Condition
Protocol: N.SEFALLP
    Altered Awareness of Immediate Physical     No (0)
        Environment
    Impulsive                                   No (0)
    Lack of Understanding of Physical/          No (0)
        Cognitive Limitations
        Query Text:Lack of understanding of one's
        physical and cognitive limitations.
Fall Risk Score
    Fall Risk Score Total                       1
        Query Text:Copyright (C) 2007 by The
        Johns Hopkins Health System Corporation.
        All Rights Reserved.
Risk Assessment
    Fall Risk Category                          Low
        Query Text:Low Risk = 0-5 points ***
        Completely paralyzed or immobile
        Moderate Risk = 6-13 points
        High Risk = Greater than 13 points ***
        Automatic High Fall Risk based on fall
        risk factor category criteria
    Fall Risk Interventions
        Environmental                           Bed is Lowest Position,Brake
                                                Locks on Wheels

03/15/22 09:15
UD Vital Signs/Progress Note                    Start: 03/15/22 09:15
Freq:                                           Status: Discharge
Protocol:
    Document        RN (Rev: 03/15/22 09:16 RN COSMDEC15P)
UD Vital Signs/Progress Note
    Progress Note
        Progress Note                           Patient resting comfortably.
                                                Bleeding controlled. Left
                                                thumb gauze dressing intact,
                                                clean and dry.
Sepsis Screening                                Start: 03/15/22 09:19

Continued on Page 8
Legal Medical Record

**Right page:**

Gullbrants,Michael F
Page: 8
Fac: Good Samaritan Medical Center    Loc:Emergency Dept    Reg:-
61 M 12/19/1957    Med Rec Num:55,031?1?5    Bed:-
                                                         Visit:GS00068451235
Freq:                                           Status: Discharge
Protocol:
    Document        RN (Rev: 03/15/22 09:35 RN COSMDEC15P)
Sepsis Screening
    Level 1 - Infection
    Protocol: N.SEPSIS
        Clinical Criteria Present               None
            Query Text:Please indicate all
            Suspected or Documented Infection
            Criteria that apply to your patient.
    Level 2 - SIRS
        SIRS Criteria Present                   None
    Response
        Sepsis Screen                           No Definite Risk.
        Action Taken (Select All That Apply)    No Action Required.
            Query Text:In an inpatient unit, if the
            patient screens positive, the RN will
            notify the LIP and initiate the Sepsis
            algorithm as "RN" approved order set.
            Following notification, the LIP will
            assess the patient for any additional
            treatment needs using the Sepsis
            Protocol and Sepsis order sets.

03/15/22 13:10
IV/Invasive Line Status                         Start: 03/15/22 09:19
Freq:                                           Status: Discharge
Protocol:
    Document        RN (Rev: 03/15/22 10:11 RN COSMDEC15P)
IV/Invasive Line Assessment
    IV Location
        Right Hand Peripheral IV
        Date of Insertion                       03/15/22
        Time of Insertion                       10:11
        Insertion Attempts                      1
        Reason for IV Insertion                 Provide Access for IV
                                                Medication(s)
        Gauge (Fr)                              20
        Site Observation                        Unremarkable
        Site Subjective Description             Unremarkable

03/15/22 13:27
ED Vital Signs/Progress Note                    Start: 03/15/22 09:19
Freq:                                           Status: Discharge
Protocol:
    Document        RN (Rev: 03/15/22 10:20 RN COSMDEC15P)
ED Vital Signs/Progress Note
    Value
        Pulse Or Rhythm
            Pulse Rate (60-99 beats/min)        83
        Respiratory
            Respiratory Rate (12-24 breaths/min) 18
        Oxygen
            Pulse Oximetry (95-100 %)           99
            Oxygen Delivery Method              Room Air

Continued on Page 9
Legal Medical Record

**Left page:**

Gollbrants,Michael F
Fac: Good Samaritan Medical Center        Loc:Emergency Dept
64 M 12/19/1967                                    Bed:-
                                          Med Rec Num:25007/724b   Visit:

Page 9

Blood Pressure
  Right Arm
    Blood Pressure (90/60-190/90 mmHg)        130/69 L
    Blood Pressure Mean (mm Hg)                96
    Source                                     Automatic Cuff
    Position                                   Sitting
  Vital Signs Action Taken
    Vital Signs Action Taken                   No Action Required
  Progress Note
    Progress Note                              Patient resting comfortably.
                                               Family at bedside.

03/15/22 13:48
ED Observation Documentation                  Start:  03/15/22 09:15
Freq:                                         Status: Discharge
Protocol:
Document    RB  (Rec: 03/15/22 13:45  RB  COSEDPC139)
Vital Signs
  Pulse
    Pulse Ox Machine
      Pulse Rate (60-96 beats/min)            62
  Respirations
    Respiratory Rate (12-24 breaths/min)      19
  Oxygen
    O2 Sat by Pulse Oximetry (95-100 %)       93 L
    Oxygen Delivery Method                    Room Air
  Blood Pressure
    Right Arm
      Blood Pressure (90/60-190/90 mmHg)      120/69
      Blood Pressure Mean (mm Hg)             96
      Blood Pressure Source                   Automatic Cuff
      Blood Pressure Position                 Sitting
IV Medication Intake
  IV Medication Intake
    cef...n-lin/USN E C#/50 ng, IV 2 gm in 50 ml B 100 mls/hr IV ONCE ORD Key:GS002485674
    Transferred w/Fluids Running              Bb.
    Date Infusion Completed                   03/15/22
    Infusion Stop Time                        13:30
ED Discharge Assessment
  Discharge Information
    Interpreter Required                      No
    Query Tool:Please utilize the My Steward
    Interpreter/Disability Request Portal
    or use Phone/Video
    Discharged With Whom                      Spouse
    Mode of Discharge                         Ambulatory
    Discharge Instructions Reviewed: Able To  Yes
    Teach back
    Instruction Provided by                   RB, PA
    Teaching Recipient                        Patient
    Learning Response                         Verbalized Understanding
    Discharge Comment
    Discharge Comment                         Gauze, non-adherent dressing
                                              applied to left thumb. Aquacel
                                              intact, bleeding controlled.

Continued on Page 10
Legal Medical Record

**Right page:**

Gollbrants,Michael F
Fac: Good Samaritan Medical Center        Loc:Emergency Dept
64 M 12/19/1967                                    Bed:-
                                          Med Rec Num:25007/724b   Visit:

Page 10

                                               Patient: Alert, vitals stable.
  Disposition                                  Wife on bedside. Pt ambulating
    Patient Disposition                        with steady gait. IV removed.
  Belongings                                   Home on Self-Care
    Valuables Sheet Attached                   No
    Essential Belonging(s) Sent with Patient   Clothing

03/15/22 13:45
ED Paramedic Triage                           Start:  03/15/22 09:15
Freq:                                         Status: Discharge
Protocol: R.RN)
  Edit Status  RB  (Rec: 03/15/22 13:45  RB  COSEDPC139)
  Active->Discharge
ED Triage Assessment                          Start:  03/15/22 09:15
Freq:                                         Status: Discharge
Protocol: R.RN)
  Edit Status  RB  (Rec: 03/15/22 13:45  RB  COSEDPC139)
  Active->Discharge
Patient/Social History Assessment             Start:  03/15/22 09:15
Freq:                                         Status: Discharge
Protocol:
  Edit Status  RB  (Rec: 03/15/22 13:45  RB  COSEDPC139)
  Active->Discharge
Covid-19 Initial Assessment                   Start:  03/15/22 09:15
Freq:                                         Status: Discharge
Protocol: ED.COVID19
  Edit Status  RB  (Rec: 03/15/22 13:45  RB  COSEDPC139)
  Active->Discharge
COVID-19 Vaccine Assessment                   Start:  03/15/22 09:15
Freq:                                         Status: Discharge
Protocol:
  Edit Status  RB  (Rec: 03/15/22 13:45  RB  COSEDPC139)
  Active->Discharge
ED Disposition Documentation                  Start:  03/15/22 09:15
Freq:                                         Status: Discharge
Protocol:
  Edit Status  RB  (Rec: 03/15/22 13:45  RB  COSEDPC139)
  Active->Discharge
Patient Safety/Precautions                    Start:  03/15/22 09:19
Freq:                                         Status: Discharge
Protocol:
  Edit Status  RB  (Rec: 03/15/22 13:45  RB  COSEDPC139)
  Active->Discharge
ED Reassessment/Pain Assessment               Start:  03/15/22 09:14
Freq:                                         Status: Discharge
Protocol:
  Edit Status  RB  (Rec: 03/15/22 13:45  RB  COSEDPC139)
  Active->Discharge
Columbia Suicide Risk Rating Scale            Start:  03/15/22 09:19
Freq: .RN/PRN                                 Status: Discharge
Protocol:

Continued on Page 11
Legal Medical Record

Gullbrants,Michael F
Fac: Good Samaritan Medical Center    Loc:Emergency Dept    Bed:-
64 M 12/19/1957    Med Rec Num:550917271x    Visit:QV00644157235
Edit Status: RB  (Rec: 03/15/22 13:45  RB  COSENST:59)
    Active->Discharge

**Fall Risk Assessment Tool-John Hopkins**    Start: 03/15/22 03:19
Freq: Q4H    Status: Discharge
Protocol:
    Edit Status: RB  (Rec: 03/15/22 13:45  RB  COSENST:59)
        Active->Discharge

**Height/Weight Assessment**    Start: 03/15/22 03:19
Tool:    Status: Discharge
Freq:
Protocol:
    Edit Status: RB  (Rec: 03/15/22 13:45  RB  COSENST:59)
        Active->Discharge

**Q0 Vital Signs/Provider Note**    Start: 03/15/22 03:19
Freq:    Status: Discharge
Protocol:
    Edit Status: RB  (Rec: 03/15/22 13:45  RB  COSENST:59)
        Active->Discharge

**Pain Assessment**    Start: 03/15/22 03:19
Tool:    Status: Discharge
Freq:
Protocol: M.PAIN
    Edit Status: RB  (Rec: 03/15/22 13:45  RB  COSENST:59)
        Active->Discharge

**IV/Invasive Line Status**    Start: 03/15/22 03:19
Tool:    Status: Discharge
Freq:
Protocol:
    Edit Status: RB  (Rec: 03/15/22 13:45  RB  COSENST:59)
        Active->Discharge

**IV/Invasive Line Insert/Remove**    Start: 03/15/22 03:19
Freq:    Status: Discharge
Protocol:
    Edit Status: RB  (Rec: 03/15/22 13:45  RB  COSENST:59)
        Active->Discharge

**Intake and Output**    Start: 03/15/22 03:19
Tool:    Status: Discharge
Freq:
Protocol:
    Edit Status: RB  (Rec: 03/15/22 13:45  RB  COSENST:59)
        Active->Discharge

**Critical Value Reporting & Notifications**    Start: 03/15/22 03:19
Freq:    Status: Discharge
Protocol:
    Edit Status: RB  (Rec: 03/15/22 13:45  RB  COSENST:59)
        Active->Discharge

**Nursing Swallow Screen**    Start: 03/15/22 03:19
Freq:    Status: Discharge
Protocol:
    Edit Status: RB  (Rec: 03/15/22 13:45  RB  COSENST:59)
        Active->Discharge

**Sepsis Screening**    Start: 03/15/22 03:19
Freq: Q4H    Status: Discharge
Protocol:

Continued on Page 13
Legal Medical Record

---

Gullbrants,Michael F
Fac: Good Samaritan Medical Center    Loc:Emergency Dept    Bed:-
64 M 12/19/1957    Med Rec Num:550917271x    Visit:QV00644157235
Edit Status: RB  (Rec: 03/15/22 13:45  RB  COSENST:59)
    Active->Discharge

**Patient Care/ADL's/Activity**    Start: 03/15/22 03:19
Freq:    Status: Discharge
Protocol:
    Edit Status: RB  (Rec: 03/15/22 13:45  RB  COSENST:59)
        Active->Discharge

**User Key**

| Monogram | Mnemonic | Name | Credentials | Provider Type |
|---|---|---|---|---|
| LB | CGSLH002 | Badger-Orlandi,Lynn | | Registered Nurse |
| RB | RB492 | Busche,Rebecca | RN | Registered Nurse |

Printed on 03/16/22 01:12
Legal Medical Record

Patient Name: [illegible]
Acct Num: [illegible]
Med Rec Num: [illegible]
Location: Emergency Dept
Primary Provider: [illegible]

## Patient Signature Page

Patient Name: [illegible]

```
Gullbrants, Michael F
ACN:GM00464572J5  M/R#:G800173875
DOB:12/19/1957 64Y  M
ADM: 03/15/22 09:14
```

Care Givers: Physician: [illegible], MD    Mid-Level: [illegible], Nur Pra

Seen Today For: Chest Puncture

I understand that the hospital care I received is not intended to be the final step in my medical care. I acknowledge that I have been instructed to follow up with my primary care physician and/or the above physician(s) for follow up as recommended for my continued health care needs. Certain X-rays, lab tests and other studies may, if obtained, be reviewed by appropriate specialists and I will be notified of the need for further review, etc.

I have read and understand the above, received a copy of applicable instruction sheets, and will arrange for follow up care as recommended.

Michael F Gullbrants

[signature: Michael Gullbrants]    3/15/2022  1340

[signature: Rebecca Busch, PN]    3/15/22   1340

```
Good Samaritan Medical Center          Patient Name: Michael F Gullbrants
                                          Acct Num: 684408181187
                                       Med Rec Num: 083647697.
                                          Location: Emergency Dept
                                   Primary Provider: Dateth Gullbrants M
```

## Patient Signature Page

Patient Name: Michael F Gullbrants

| ||||||||||||||||||||||||||||||||||||
Gullbrants, Michael F.
Acct:GMS0564497215 MRN:GMS0017)087
DOB:12/19/1957 64Y M
ADM: 03/15/22 03:14

Care Giver: Physician: LaFlame,Melissa, Md    Registered Nurse:Allen, RN

Seen Today for : Minor fractures.

I understand that the hospital does not provide any information on the next step of my medical care.  I understand

I have read and understand the above, received a copy of applicable instruction sheets,
and will arrange for follow up care as recommended.

Michael F Gullbrants
03/15/22 01:38:34 PM
*Michael Gullbrants*
Signature of Patient or Caregiver



**Steward**
Steward Health Care System

# AFFIDAVIT OF CERTIFICATION

## Pursuant to M.G.L. Chapter 233: 79G

This affidavit will certify that the attached itemized bills is a true and complete copy of the medical billing records of Steward Good Samaritan Medical Center kept in the normal course of business concerning the treatment of Michael Gullbrants .

Signed under the pains and penalties of perjury this 9th day of July 2022.

Title: Patient Accounts

Page 1 of 2

Good Samaritan Medical Center
235 North Pearl Street
BROCKTON, MA  02301-1794

This invoice reflects the dates below.  If you
have insurance, it has been billed.  You will
receive a statement for any balance after
benefits have been applied.  If you do not have
insurance, you are responsible for these charges
.  Please pay in full within two weeks or call

Responsible Party:
Gullbrants,Michael F
8 HUNNINGTON AVE
Brockton, MA  02301

Name: Gullbrants,Michael F
Service Date: 03/15/22

Account Number: GM0066457235
Bill Date: 07/09/22

| Insurance Coverage | Insurance Policy Number |
|---|---|
| Blue Cross (Out of State) PPO | NIQAN4019608 |

| Service Date | Description | Quantity | Amount |
|---|---|---|---|
| 03/15/22 | TDAP VACCINE 7 YRS/> IM | 1 | 159.16 |
| 03/15/22 | CEFAZOLIN 2 GM/50 ML D5W PRMX | 1 | 42.14 |
| 03/15/22 | ACETAMINOPHEN 325 MG TAB | 3 | 6.00 |
| 03/15/22 | LIDOCAINE HCL 1 % 20ML INJ MDV | 1 | 14.65 |
| 03/15/22 | MORPHINE SULF PSY 4MG INJ | 1 | 6.44 |
| 03/15/22 | X-RAY OF FINGER(S) 2+ VWS LT | 1 | 218.33 |
| 03/15/22 | SREPS/N/A/G/TR/E; 2.6-7.5CM | 1 | 509.01 |
| 03/15/22 | IMMUNIZATION ADMIN 1 VACCINE | 1 | 172.72 |

| | |
|---|---|
| Total Charges | 3,586.96 |
| Total Credits: | -95.29 |
| Total Due: | 3,491.67 |

**To pay by credit card:** Provide the account Information and sign below:

____ **Visa**    ____ **Mastercard**    ____ **American Express**    ____ **Discover**

Card Holder's Name: _____
Credit Card Number: _____
Expiration Date: _____
3-digit CVN: _____

Signature: _____

Page 2 of 2

| Service Date | Description | Quantity | Amount |
|---|---|---|---|
| 03/15/22 | THER/PRO/DX IV INF INIT e<1 HR | 1 | 564.39 |
| 03/15/22 | THER/PROPH/DIAG IV INF ADDON | 2 | 235.58 |
| 03/15/22 | TX/PRO/DX INJ NEW DRUG ADDON | 1 | 119.13 |
| 03/15/22 | ER LEVEL 5 | 1 | 1,539.41 |
| 03/16/22 | Pmt Self Pay Copay Upfront | 1 | -100.00 |
| 05/04/22 | Ref Self Pay | 1 | 4.71 |
| 05/20/22 | Pmt Blue Cross (Out of State) | 1 | 0.00 |
| | Summary by Service | | |
| | 0250 Pharmacy | 1 | 14.65 |
| | 0320 Dx X-Ray | 1 | 218.33 |
| | 0450 Emerg Room | 6 | 2,967.52 |
| | 0636 Drug/Detail Code | 3 | 207.74 |
| | 0637 Drug/Self Admin | 3 | 6.00 |
| | 0771 Vaccine Admin | 1 | 172.72 |
| | Payments, Adjustments, Refunds | 3 | -95.29 |

12-Jul-2022  15:32   Orthopedic Care Physicians Network LLC          6146650307                    p.2

# OCPN-UOI, INC

*printed 06/28/2022 11:08 AM*

OCPN-UOI, INC.
PO BOX 29792
BELFAST, ME 04915-2049
*billing phone: (401) 443-4102*

| GUARANTOR NAME AND ADDRESS | PATIENT # | PATIENT NAME |
|---|---|---|
| MICHAEL GULLBRANTS<br>8 HUNTINGTON AVE<br>BROCKTON, MA 02301-4802 | 941379 | MICHAEL GULLBRANTS |
| | DOB | HOME TELEPHONE |
| | 12/19/1957 | (508) 958-9784 |

## Billing Summary

| Claim ID | Procedure | Date of Service | Post Date | Type | Reason | Plan | Supervising Provider | Ins. 1 | Ins. 2 | Patient |
|---|---|---|---|---|---|---|---|---|---|---|
| **Claim ID 1690410** | | | | | | | | | | |
| 1690410 | 99203 | 03/16/2022 | 03/23/2022 | **CHARGE** | --- -- | 99203 | BCBS-RI (PPO) | JASON FANUELE | $330.00 | |
| 1690410 | 99203 | 03/16/2022 | 04/07/2022 | PAYMENT | ACH ***********1479 | BCBS-RI (PPO) | JASON FANUELE | $-141.42 | |
| 1690410 | 99203 | 03/16/2022 | 05/21/2022 | PAYMENT | NON ***********0520 | BCBS-RI (PPO) | JASON FANUELE | $141.42 | |
| 1690410 | 99203 | 03/16/2022 | 05/21/2022 | TRANSFERIN | OTHER | PATIENT | JASON FANUELE | $-330.00 | $330.00 |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $-330.00 |
| **Claim ID 1686794** | | | | | | | | | | |
| 1686794 | 99213 | 03/18/2022 | 03/21/2022 | **CHARGE** | | 99213 | BCBS-RI (PPO) | JASON FANUELE | $226.00 | |
| 1686794 | 99213 | 03/18/2022 | 03/31/2022 | PAYMENT | ACH ***********5439 | BCBS-RI (PPO) | JASON FANUELE | $-115.26 | |
| 1686794 | 99213 | 03/18/2022 | 05/21/2022 | PAYMENT | NON ***********0520 | BCBS-RI (PPO) | JASON FANUELE | $115.26 | |
| 1686794 | 99213 | 03/18/2022 | 05/21/2022 | TRANSFERIN | OTHER | PATIENT | JASON FANUELE | $-228.00 | $226.00 |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $226.00 |
| **Claim ID 1707527** | | | | | | | | | | |
| 1707527 | 73130,26,LT | 03/28/2022 | 04/04/2022 | **CHARGE** | 73130,26,LT | BCBS-RI (PPO) | JASON FANUELE | $136.00 | |
| 1707527 | 73130,26,LT | 03/28/2022 | 06/21/2022 | TRANSFERIN | OTHER | PATIENT | JASON FANUELE | $-136.00 | $136.00 |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $136.00 |
| 1707527 | 73130,TC,LT | 03/28/2022 | 04/04/2022 | **CHARGE** | 73130,TC,LT | BCBS-RI (PPO) | JASON FANUELE | $136.00 | |
| 1707527 | 73130,TC,LT | 03/28/2022 | 05/07/2022 | PAYMENT | CHECK 733757345 | BCBS-RI (PPO) | JASON FANUELE | $-10.59 | |
| 1707527 | 73130,TC,LT | 03/28/2022 | 06/21/2022 | PAYMENT | CHECK NONCHECK -V338067273 20220520 | BCBS-RI (PPO) | JASON FANUELE | $10.59 | |
| 1707527 | 73130,TC,LT | 03/28/2022 | 06/21/2022 | TRANSFERIN | OTHER | PATIENT | JASON FANUELE | $-136.00 | $136.00 |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $136.00 |
| 1707527 | 99213 | 03/28/2022 | 04/04/2022 | **CHARGE** | 99213 | BCBS-RI (PPO) | JASON FANUELE | $226.00 | |
| 1707527 | 99213 | 03/28/2022 | 05/07/2022 | PAYMENT | CHECK 733757345 | BCBS-RI (PPO) | JASON FANUELE | $-115.26 | |
| 1707527 | 99213 | 03/28/2022 | 06/21/2022 | PAYMENT | CHECK NONCHECK -V338067273 20220520 | BCBS-RI (PPO) | JASON FANUELE | $115.26 | |
| 1707527 | 99213 | 03/28/2022 | 06/21/2022 | TRANSFERIN | OTHER | PATIENT | JASON FANUELE | $-228.00 | $226.00 |

12-Jul-2022  15:34    Orthopedic Care Physicians Network LLC        6146650307              p.3

| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $226.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Claim ID 1749529** | | | | | | | | | | | |
| 1749529 | 73140,26,LT | 04/25/2022 | 05/02/2022 | CHARGE | | 73140,26,LT | BCBS-RI (PPO) | JASON FANUELE | $107.00 | | |
| 1749529 | 73140,26,LT | 04/25/2022 | 05/19/2022 | TRANSFERIN | PATIENTTRANSFER | PATIENT | | JASON FANUELE | $-107.00 | | $107.00 |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $107.00 |
| 1749529 | 73140,TC,LT | 04/25/2022 | 05/02/2022 | CHARGE | | 73140,TC,LT | BCBS-RI (PPO) | JASON FANUELE | $107.00 | | |
| 1749529 | 73140,TC,LT | 04/25/2022 | 05/19/2022 | TRANSFERIN | PATIENTTRANSFER | PATIENT | | JASON FANUELE | $-107.00 | | $107.00 |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $107.00 |
| 1749529 | 99213 | 04/25/2022 | 05/02/2022 | CHARGE | | 99213 | BCBS-RI (PPO) | JASON FANUELE | $226.00 | | |
| 1749529 | 99213 | 04/25/2022 | 05/19/2022 | TRANSFERIN | PATIENTTRANSFER | PATIENT | | JASON FANUELE | $-226.00 | | $226.00 |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $226.00 |
| | | | | | **TOTAL CHARGE OUTSTANDING AS OF 08/26/2022** | | | | $0.00 | $0.00 | $1,494.00 |

# PROVIDERFL☁W

| | |
|---|---|
| **Invoice RBA248-305B7** | |

| PAGE | DATE |
|---|---|
| 1 | 07/12/2022 |

Providerflow Release of Information Services
951 Yamato Road Suite 290
Boca Raton, FL 33431
(800) 600-1478
roi@providerflow.com

| Requestor: | Patient: | Practice: |
|---|---|---|
| Cohen Cleary PC | Michael Gulbrants | Orthopedic Care Physicians Network, LLC |
| Tyler Mills | | Orthopedic Care Physicians Network, LLC |
| 122 Dean St | | 15 Roche Brothers Way |
| Taunton, MA 02780 | | N. Easton, MA 02356 |

| Terms | Due Date | Reference |
|---|---|---|
| Credit Card | 2022-06-29 | |

| Line | Description | Quantity | Unit Price | Unit | Line Total |
|---|---|---|---|---|---|
| 1 | Research and Handling Fee | 1 | 22.32 | Request | 22.32 |
| 2 | Fax Transmission Fee | 2 | 0.12 | Page | 0.24 |
| 3 | State Defined Per-Page Rate (Pages 1 through 100) | 2 | 0.76 | Page | 1.52 |

**Remit To:**

Providerflow
951 Yamato Road Suite 290
Boca Raton, FL 33431
Tax ID: 46-4909093

| Page Count | Delivery Method | Total |
|---|---|---|
| 2 | Documents will be faxed to: (508) 880-8679 | **$24.08** |

```
- MILITARY - PERSONAL USE SALE -
            - SALE -
SALES#: S1174SNQ 4042563  TRANS#: 12499796 12-14-21
1645863 BSH 10-IN TABLE SAW (-107 539.10
   599.00   DISCOUNT EACH     -59.90
356661 DW TUBE BISCUIT SIZE 10 7.18
   7.98    DISCOUNT EACH    -0.80
1444 16-FL OZ TITEBOND III ULT 14.36
   7.98    DISCOUNT EACH    -0.80
            2 @    7.18
902673 1QT ALL IN ONE ORANGE OXY 3.98
*MINIMUM RETAIL PRICE APPLIED TO THIS ITEM*
3711479 1.5IN HARDWOOD CUBES 27/P 27.85
*MINIMUM RETAIL PRICE APPLIED TO THIS ITEM*
            5 @    5.57
954434 5-GAL LOWES BUCKET-UNITED 4.48
   4.98   DISCOUNT EACH    -0.50
            SUBTOTAL:     596.95
         MA - STATE TAX:    37.31
      INVOICE 04890  TOTAL:    634.26
               M/C:     634.26
         TOTAL DISCOUNT:   62.80
         THANK YOU FOR YOUR
            MILITARY SERVICE
   M/C: ***********6039     01456Z
CHIP REFID:117404060988 12/14/21 11:30:57
   APL: Mastercard  TVR: 0000008000
   AID: A0000000041010  TSI: E800
   1174 04 12/14/21 11:36:36  REF#: 890
      CUSTOMER: MICHAEL GULLBRANTS


      THE ISSUER OF THE CARD IDENTIFIED ON
      THIS ITEM IS AUTHORIZED TO PAY THE
      AMOUNT SHOWN AS TOTAL UPON PROPER
      PRESENTATION. I PROMISE TO PAY SUCH
      TOTAL (TOGETHER WITH ANY OTHER CHARGE
      DUE THEREON) SUBJECT TO AND IN
      ACCORDANCE WITH THE AGREEMENT
```





ROBERT BOSCH, LLC
C/O CSC
84 STATE STREET
BOSTON, MA